# In the United States Court of Federal Claims

No. 02-279 T
(Filed: August 2, 2005)

****************************************
**PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, Successor to QUAKER STATE CORPORATION AND SUBSIDIARIES,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**ORDER**

As discussed in the status conference held August 2, 2005, the Court hereby ORDERS the following:

1. Plaintiff shall file its proposed motion for summary judgment on or before **September 2, 2005**.

2. The parties shall file a **Joint** Status Report on or before **September 9, 2005**, proposing 3 dates and times for the Court to hold a telephonic status conference during the week of September 12, 2005. At the status conference, the parties shall be prepared to discuss whether Defendant's response to Plaintiff's motion should be stayed for settlement negotiations or be filed 28 days after the status conference is held. Furthermore, Defendant shall be prepared to inform the Court of the discovery it requests in order to respond to Plaintiff's motion and to explain the reasons that such discovery is necessary.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge