IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 2-279 T

(Chief Judge Edward J. Damich)

PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of this Court's rules, Plaintiff (hereinafter, "Quaker State") respectfully moves for summary judgment on Plaintiff's claim to recover overpaid taxes in the amounts of $254,401 for tax year 1996 and $1,907,545 for tax year 1997, in addition to the $111,392 for tax year 1995 and $112,621 for tax year 1996, which the parties have previously agreed to in connection with the §1341 issues that the Court resolved in its Opinion filed October 28, 2004.

As explained in greater detail in the accompanying memorandum in support of this motion, the IRS has audited the overpayment that Quaker State seeks and since the audit has repeatedly admitted that the refunds stated above are correct and should be paid. Nonetheless, even though the audit was completed three years

ago, Defendant still has not refunded these overpayments to Quaker State. There is no reasonable explanation for this delay. Defendant has now had five full years to investigate these issues and should not be permitted to delay Quaker State's refunds any further. Because there is no genuine dispute that the refunds are correct, Quaker State should be granted summary judgment.

**PRAYER**

WHEREFORE, Plaintiff requests that this Court grant its motion under Rule 56 and enter decision against Defendant and in favor of Plaintiff for:

1. $111,392 in tax for the 1995 tax year, $365,793 in tax for the 1996 tax year, and $1,907,545 in tax for the 1997 tax year, plus statutory interest as provided for by law.
2. Costs, attorney fees, and any other relief to which Plaintiff may be entitled.

Respectfully submitted,

s/Peter A. Lowy

Date: August 30, 2005

PETER A. LOWY
910 Louisiana St.
Ste 4396
Houston, Texas 77002
(713) 241-4755 (telephone)
(713) 241-2162 (facsimile)

Attorney for Plaintiff