AS FILED

Form **8844** Department of the Treasury Internal Revenue Service

# Empowerment Zone Employment Credit

▶ Attach to your return.

OMB No. 1545-1444 **1997** Attachment Sequence No. 99

Name(s) shown on return: Quaker State Corporation and Subsidiaries

Identifying number: 25-0742820

## Part I Tentative Empowerment Zone Employment (EZE) Credit

| Line | Description | Box | Amount |
|---|---|---|---|
| 1 | Enter the total qualified zone wages paid or incurred during calendar year 1997 (see instructions) | 1 | 916,625 |
| 2 | Current year credit. Multiply line 1 by 20% (.20) (see instructions) | 2 | 183,325 |
| 3 | EZE credits from flow-through entities — If you are a — a Shareholder / b Partner / c Beneficiary / d Patron; Then enter total of current year EZE credit(s) from — Schedule K-1 (Form 1120S), lines 12d, 12e, or 13 / Schedule K-1 (Form 1065), lines 12c, 12d, or 13 / Schedule K-1 (Form 1041), line 14 / Written statement from cooperative | 3 | |
| 4 | Total current year EZE credit. Add lines 2 and 3 | 4 | 183,325 |
| 5 | EZE credit included on line 4 from passive activities (see instructions) | 5 | |
| 6 | Subtract line 5 from line 4 | 6 | 183,325 |
| 7 | EZE passive activity credit allowed for 1997 (see instructions) | 7 | |
| 8 | Carryforward of EZE credit to 1997 | 8 | |
| 9 | Carryback of EZE credit to 1997 (see instructions) | 9 | |
| 10 | Tentative EZE credit. Add lines 6 through 9. (S corporations, partnerships, estates, trusts, and cooperatives, see instructions.) | 10 | 183,325 |

## Part II EZE Credit Limit Based on Amount of Tax

| Line | Description | Box | Amount |
|---|---|---|---|
| 11 | Regular tax before credits: • Individuals. Enter amount from Form 1040, line 39 • Corporations. Enter amount from Form 1120, Schedule J, line 3 (or Form 1120-A, Part I, line 1) • Other filers. Enter regular tax before credits from your return | 11 | 22,807,251 |
| 12a | Credit for child and dependent care expenses (Form 2441, line 9) | 12a | |
| b | Credit for the elderly or the disabled (Sch. R (Form 1040), line 20) | 12b | |
| c | Mortgage interest credit (Form 8396, line 11) | 12c | |
| d | Adoption credit (Form 8839, line 10) | 12d | |
| e | District of Columbia first-time homebuyer credit (Form 8859) | 12e | |
| f | Foreign tax credit (Form 1116, line 32, or Form 1118, Sch. B, line 12) | 12f | 734,467 |
| g | Possessions tax credit (Form 5735) | 12g | |
| h | Credit for fuel from a nonconventional source | 12h | 542,090 |
| i | Qualified electric vehicle credit (Form 8834, line 19) | 12i | |
| j | General business credit (see instructions) | 12j | |
| k | Add lines 12a through 12j | 12k | 1,276,557 |
| 13 | Net regular tax. Subtract line 12k from line 11 | 13 | 21,530,694 |
| 14 | Alternative minimum tax • Individuals. Enter amount from Form 6251, line 28 • Corporations. Enter amount from Form 4626, line 15, reduced by any credit on Form 3800, line 37 • Estates and trusts. Enter amount from Form 1041, Schedule I, line 42 | 14 | 0 |
| 15 | Net income tax. Add lines 13 and 14 | 15 | 21,530,694 |
| 16 | Tentative minimum tax (see instructions): • Individuals. Enter amount from Form 6251, line 26 • Corporations. Enter amount from Form 4626, line 13 • Estates and trusts. Enter amount from Form 1041, Schedule I, line 38 | 16 | 11,773,156 |
| 17 | Multiply line 16 by 75% (.75) | 17 | 8,829,867 |
| 18 | If line 13 is more than $25,000, enter 25% (.25) of the excess (see instructions) | 18 | 5,376,424 |
| 19 | Enter the greater of line 17 or line 18 | 19 | 8,829,867 |
| 20 | Subtract line 19 from line 15. If zero or less, enter -0- | 20 | 12,700,827 |
| 21 | EZE credit allowed for the current year. Enter the smaller of line 10 or line 20. Complete lines 22 and 23 to determine how the credit is claimed on your tax return | 21 | 183,325 |
| 22 | Credit allowed against regular tax. Enter the smaller of line 13 or line 21 here and on Form 1040, line 44; Form 1120, Schedule J, line 4d; Form 1120-A, Part I, line 2a; Form 1041, Schedule G, line 2c; or the applicable line of your return | 22 | 183,325 |
| 23 | Credit allowed against alternative minimum tax. If line 21 is greater than line 22, enter the excess here and see instructions on how to claim the credit | 23 | 0 |

For Paperwork Reduction Act Notice, see page 4.

ISA STF FED8844F

Form 8844 (1997)

REVISED

Form **1120** — Department of the Treasury, Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 1997 or tax year beginning ____________, 19 __, ending ____________, 19 __

▶ Instructions are separate. See instructions for Paperwork Reduction Act Notice.

OMB No. 1545-0123

**1997**

| A Check if a: | Use IRS label. Otherwise, print or type. | | |
|---|---|---|---|
| Consolidated return (attach Form 851) ☒ | Name: QUAKER STATE CORPORATION & SUBSIDIARIES | | B Employer identification number: 25-0742820 |
| Personal holding co. (attach Sch. PH) ☐ | Number, street, and room or suite no. (If a P.O. box, see instructions.): 225 E. JOHN CARPENTER FREEWAY | | C Date incorporated: 06/23/1931 |
| Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T—see instructions) ☐ | City or town, state, and ZIP code: IRVING TX 75062 | | D Total assets (see instructions): $ 955,008,636 |

E Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Change of address

| Line | Description | | | | Line | Amount |
|---|---|---|---|---|---|---|
| 1a | Gross receipts or sales 1,181,036,562 | b Less returns and allowances 26,686,013 | | c Bal ▶ | 1c | 1,154,350,549 |
| 2 | Cost of goods sold (Schedule A, line 8) | | | | 2 | 763,469,533 |
| 3 | Gross profit. Subtract line 2 from line 1c | | | | 3 | 390,881,016 |
| 4 | Dividends (Schedule C, line 19) | | | | 4 | 869,124 |
| 5 | Interest | | | | 5 | 2,608,936 |
| 6 | Gross rents | | | | 6 | 4,215,592 |
| 7 | Gross royalties | | | | 7 | 5,638,902 |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | | 8 | 20,874,309 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | | 9 | 22,027,278 |
| 10 | Other income (see instructions - attach schedule) See Stmt. 14 | | | | 10 | 27,179,986 |
| 11 | **Total income.** Add lines 3 through 10 ▶ | | | | 11 | 474,295,143 |
| 12 | Compensation of officers (Schedule E, line 4) | | | | 12 | 0 |
| 13 | Salaries and wages (less employment credits) | | | | 13 | 65,591,393 |
| 14 | Repairs and maintenance | | | | 14 | 5,476,726 |
| 15 | Bad debts | | | | 15 | 2,816,357 |
| 16 | Rents | | | | 16 | 29,518,260 |
| 17 | Taxes and licenses See Stmt. 15 | | | | 17 | 24,723,319 |
| 18 | Interest | | | | 18 | 28,529,463 |
| 19 | Charitable contributions (see instructions for 10% limitation) | | | | 19 | 309,531 |
| 20 | Depreciation (attach Form 4562) | | 20 | 32,597,862 | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return | | 21a | | 21b | 32,597,862 |
| 22 | Depletion | | | | 22 | 406,817 |
| 23 | Advertising | | | | 23 | 78,817,069 |
| 24 | Pension, profit-sharing, etc., plans | | | | 24 | |
| 25 | Employee benefit programs | | | | 25 | 24,205,738 |
| 26 | Other deductions (attach schedule) See Stmt. 16 | | | | 26 | 116,131,026 |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | | 27 | 409,123,561 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | | 28 | 65,171,582 |
| 29 | Less: a Net operating loss deduction (see instructions) | | 29a | 51,116,573 | | |
| | b Special deductions (Schedule C, line 20) | | 29b | 8,009 | 29c | 51,124,581 ~~8,008~~ |
| 30 | **Taxable income.** Subtract line 29c from line 28 | | | 14,047,001 | 30 | ~~65,163,574~~ |
| 31 | **Total tax** (Schedule J, line 10) | | | 4,600,925 | 31 | ~~21,347,369~~ |
| 32 | Payments: a 1996 overpayment credited to 1997 | 32a 5,844,371 | | | | |
| b | 1997 estimated tax payments | 32b 7,800,000 | | | | |
| c | Less 1997 refund applied for on Form 4466 | 32c ( ) | d Bal ▶ 32d | 13,644,371 | | |
| e | Tax deposited with Form 7004 | | 32e | 12,250,000 | | |
| f | Credit for tax paid on undistributed capital gains (attach Form 2439) | | 32f | | | |
| g | Credit for Federal tax on fuels (attach Form 4136). See instructions | | 32g | | 32h | 25,894,371 |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☒ | | | | 33 | |
| 34 | **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | | 34 | NONE |
| 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | | 35 | 4,547,002 |
| 36 | Enter amount of line 35 you want: Credited to 1998 estimated tax ▶ NONE | Refunded ▶ | | | 36 | 4,547,002 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signature] Date: 9/8/98 Title: ASSISTANT CONTROLLER

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security number

Firm's name (or yours if self-employed) and address ▶ | EIN ▶

Form 1120 (1997) QUAKER STATE CORPORATION & SUBSIDIARIES 25-0742820 Page 2

## Schedule A Cost of Goods Sold (See instructions.)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 108,889,222 |
| 2 | Purchases | 2 | 598,973,363 |
| 3 | Cost of labor | 3 | 79,511,979 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule). See Stmt 17 | 5 | 50,836,782 |
| 6 | Total. Add lines 1 through 5 | 6 | 838,211,346 |
| 7 | Inventory at end of year | 7 | 74,741,813 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 763,469,533 |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☒ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (Specify method used and attach explanation.) ▶

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO 9d

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☒ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

## Schedule C Dividends and Special Deductions (See instructions.)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | 11,440 | 70 | 8,008 |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation | | | 8,008 |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (section 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | 470,595 | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | 387,089 | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | 869,124 | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ▶ | | | 8,008 |

## Schedule E Compensation of Officers (See instructions.)

Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more.

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| 2 | Total compensation of officers | | | | | 0 |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |

## Tax Computation (See instructions.)

1 Check if the corporation is a member of a controlled group (see sections 1561 and 1563) . . . . . . . . ▶ ☐

Important: Members of a controlled group, see instructions.

2a If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):

(1) $ (2) $ (3) $

b Enter the corporation's share of:

(1) Additional 5% tax (not more than $11,750) . . . $ 11,750

(2) Additional 3% tax (not more than $100,000) . . . $ 100,000

3 Income tax. Check this box if the corporation is a qualified personal service corporation as defined in section 448(d)(2) (see instructions) . . . . . . . . ▶ ☐ | 3 | 4,916,450 ~~22,807,251~~

4a Foreign tax credit (attach Form 1118) . . . . . . . . | 4a | 1,511,517 ~~731,467~~

b Possessions tax credit (attach Form 5735) . . . . . . . . | 4b |

c Check: ☒ Nonconventional source fuel credit ☐ QEV credit (attach Form 8834) | 4c | -0- ~~542,890~~

d General business credit. Enter here and check which forms are attached: ☐ 3800 ☐ 3468 ☐ 5884 ☐ 6478 ☐ 6765 ☐ 8586 ☐ 8830 ☐ 8826 ☐ 8835 ☒ 8844 ☐ 8845 ☐ 8846 ☐ 8820 ☐ 8847 ☐ 8861 | 4d | -0- ~~183,325~~

e Credit for prior year minimum tax (attach Form 8827) . . . . . . . . | 4e |

5 Total credits. Add lines 4a through 4e . . . . . . . . | 5 | 1,511,517 ~~1,459,822~~

6 Subtract line 5 from line 3 . . . . . . . . 3404933 | 6 | ~~21,347,359~~

7 Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . | 7 |

8 Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 . . . . . . . . | 8 | NONE

9 Alternative minimum tax (attach Form 4626) . . . . . . . . | 9 | 1195092 ~~NONE~~

10 Total tax. Add lines 6 through 9. Enter here and on line 31, page 1 . . . . . . . . | 10 | 4600025 ~~21,347,262~~

## Other Information (See instructions.)

| | Yes | No |
|---|---|---|
| 1 Check method of accounting: a ☐ Cash b ☒ Accrual c ☐ Other (specify) ▶ | | |
| 2 See the instructions and state the principal: a Business activity code no. ▶ 5170 b Business activity ▶ SALES c Product or service ▶ PETROLEUM PRODUCTS | | |
| 3 At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) . . . . . . . . If "Yes," attach a schedule showing: (a) name and identifying number, (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | X | |
| 4 Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . If "Yes," enter employer identification number and name of the parent corporation ▶ | | X |
| 5 At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) . . . . . . . . If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ | | X |
| 6 During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See secs. 301 and 316.) . . . . . . . . If "Yes," file Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | X |
| 7 Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) . . . . . . . . If "Yes," attach Form 5471 for each such corporation. Enter number of Forms 5471 attached ▶ 19 | X | |
| 8 At any time during the 1997 calendar year, did the corporation have an interest in or a signature or other authority over a financial account (such as a bank account, securities account, or other financial account) in a foreign country? . . . . . . . . If "Yes," the corporation may have to file Form TD F 90-22.1. If "Yes," enter name of foreign country ▶ VARIOUS | X | |
| 9 During the tax year, did the corporation receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," see instructions for other forms the corporation may have to file . . . . . . . . | | X |
| 10 At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of: (a) the total voting power of all classes of stock of the corporation entitled to vote, or (b) the total value of all classes of stock of the corporation? If "Yes," . . . . . . . . a Enter percentage owned ▶ b Enter owner's country ▶ c The corporation may have to file Form 5472. Enter number of Forms 5472 attached ▶ | | X |
| 11 Check this box if the corporation issued publicly offered debt instruments with original issued discount . . . . ▶ ☐ If so, the corporation may have to file Form 8281. | | |
| 12 Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ NONE | | |
| 13 If there were 35 or fewer shareholders at the end of the tax year, enter the number ▶ | | |
| 14 If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . . . . . . ▶ ☐ | | |
| 15 Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ | | |

Form 1120 (1997) QUAKER STATE CORPORATION & SUBSIDIARIES 25-0742820 Page 4

**Schedule L Balance Sheets per Books**

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 18,261,780 | | -10,144,122 |
| 2a Trade notes and accounts receivable | 185,468,876 | | 158,698,547 | |
| b Less allowance for bad debts | ( 3,973,680 ) | 181,495,196 | ( 2,986,404 ) | 155,712,143 |
| 3 Inventories | | 108,889,222 | | 74,741,813 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) | | 35,669,511 | | 17,074,111 |
| 7 Loans to stockholders | | 6,255,801 | | 10,982,713 |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | 11,247,695 | | 48,231,553 |
| 10a Buildings and other depreciable assets | 376,649,391 | | 290,327,632 | |
| b Less accumulated depreciation | ( 209,490,082 ) | 167,159,309 | ( 126,161,958 ) | 154,165,674 |
| 11a Depletable assets | 3,699,043 | | 3,699,043 | |
| b Less accumulated depletion | ( 1,941,360 ) | 1,757,683 | ( 2,754,360 ) | 944,683 |
| 12 Land (net of any amortization) | | 39,970,546 | | 42,238,096 |
| 13a Intangible assets (amortizable only) | 393,130,726 | | 369,864,677 | |
| b Less accumulated amortization | ( 21,174,819 ) | 371,955,907 | ( 28,521,294 ) | 341,343,383 |
| 14 Other assets (attach schedule) | | 77,044,728 | | 119,718,589 |
| 15 Total assets | | 1,019,707,376 | | 955,008,636 |
| **Liabilities and Stockholders' Equity** | | | | |
| 16 Accounts payable | | 69,048,099 | | 59,332,186 |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 17,061,552 | | 11,477,958 |
| 18 Other current liabilities (attach schedule) | | 92,260,329 | | 97,348,684 |
| 19 Loans from stockholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 384,266,574 | | 267,428,855 |
| 21 Other liabilities (attach schedule) | | 176,832,743 | | 199,333,211 |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 36,322,312 | 36,322,312 | 37,977,143 | 37,977,143 |
| 23 Additional paid-in capital | | 178,242,906 | | 208,263,686 |
| 24 Retained earnings - Appropriated (attach sch) | | | | |
| 25 Retained earnings - Unappropriated | | 91,105,774 | | 100,571,095 |
| 26 Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 Less cost of treasury stock | | ( 25,433,313 ) | | ( 25,324,182 ) |
| 28 Total liabilities and stockholders' equity | | 1,019,707,376 | | 955,008,636 |

Note: You are not required to complete Schedules M-1 and M-2 below if the total assets on line 15, column (d) of Schedule L are less than $25,000.

**Schedule M-1 Reconciliation of Income (Loss) per Books With Income per Return** (See instructions.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 23,582,403 | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ ____ See Stmt 25 6,744,073 | 6,744,073 |
| 2 Federal income tax | 8,342,764 | 8 Deductions on this return not charged against book income this year (itemize): | |
| 3 Excess of capital losses over capital gains | | a Depreciation $ 32,597,862 | |
| 4 Income subject to tax not recorded on books this year (itemize): See Stmt 23 | 26,102,062 | b Contributions carryover $ ____ | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | See Stmt 26 58,771,926 | 91,369,788 |
| a Depreciation $ 25,848,074 | | | |
| b Contributions carryover $ ____ | | | |
| c Travel and entertainment $ 934,466 | | | |
| See Stmt 24 78,475,674 | 105,258,214 | 9 Add lines 7 and 8 | 98,113,861 |
| 6 Add lines 1 through 5 | 163,285,443 | 10 Income (line 28, page 1) - line 6 less line 9 | 65,171,582 |

**Schedule M-2 Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)**

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 91,105,774 | 5 Distributions: a Cash | 14,117,082 |
| 2 Net income (loss) per books | 23,582,403 | b Stock | |
| 3 Other increases (itemize): | | c Property | |
| | | 6 Other decreases (itemize): See Stmt 28 | |
| See Stmt 27 | | 7 Add lines 5 and 6 | 14,117,082 |
| 4 Add lines 1, 2, and 3 | 114,688,177 | 8 Balance at end of year (line 4 less line 7) | 100,571,095 |

REVISED

Form 4626

Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax-Corporations

▶ See separate instructions.
▶ Attach to the corporation's tax return.

OMB No. 1545-0175

1997

Name: ER STATE CORPORATION & SUBSIDIARIES

Employer identification number: 25-0742820

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction | | | 1 | 65,163,574 |
| 2 | Adjustments and preferences: | | | | |
| a | Depreciation of post-1986 property | 2a | 9,044,535 | | |
| b | Amortization of certified pollution control facilities | 2b | | | |
| c | Amortization of mining exploration and development costs | 2c | | | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | | | |
| e | Adjusted gain or loss | 2e | -10,598,999 | | |
| f | Long-term contracts | 2f | | | |
| g | Installment sales | 2g | | | |
| h | Merchant marine capital construction funds | 2h | | | |
| i | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2i | | | |
| j | Tax shelter farm activities (personal service corporations only) | 2j | | | |
| k | Passive activities (closely held corporations and personal service corporations only) | 2k | | | |
| l | Loss limitations | 2l | | | |
| m | Depletion | 2m | | | |
| n | Tax-exempt interest from specified private activity bonds | 2n | | | |
| o | Charitable contributions | 2o | | | |
| p | Intangible drilling costs | 2p | | | |
| q | Accelerated depreciation of real property (pre-1987) | 2q | 16,619 | | |
| r | Accelerated depreciation of leased personal property (pre-1987) (personal holding companies only) | 2r | | | |
| s | Other adjustments | 2s | | | |
| t | Combine lines 2a through 2s | | | 2t | -1,537,845 |
| 3 | Preadjustment alternative minimum taxable income (AMTI). Combine lines 1 and 2t | | | 3 | 63,625,729 |
| 4 | Adjusted current earnings (ACE) adjustment: | | | | |
| a | Enter the corporation's ACE from line 10 of the worksheet in the instructions | 4a | 55,191,830 | | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see instructions for examples) | 4b | -8,433,899 | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount | 4c | 6,325,424 | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). Note: You must enter an amount on line 4d (even if line 4b is positive) | 4d | | | |
| e | ACE adjustment: • If you entered a positive number or zero on line 4b, enter the amount from line 4c here as a positive amount. • If you entered a negative number on line 4b, enter the smaller of line 4c or line 4d here as a negative amount. | | | 4e | |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe alternative minimum tax | | | 5 | 63,625,729 |
| 6 | Alternative tax net operating loss deduction (see instructions) | | | 6 | 36,953,27 |
| 7 | Alternative minimum taxable income. Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see the instructions. | | | 7 | 26,672,45 ~~63,625,729~~ |

For Paperwork Reduction Act Notice, see separate instructions.

Form 4626 (1997)

JXB
F 12/04/97

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 8 | Enter the amount from line 7 (alternative minimum taxable income) | | | 8 | 26,672,455 ~~63,625,729~~ |
| 9 | Exemption phase-out computation (if line 8 is $310,000 or more, skip lines 9a and 9b and enter -0- on line 9c): | | | | |
| a | Subtract $150,000 from line 8 (if you are completing this line for a member of a controlled group, see the instructions). If zero or less, enter -0- | 9a | | | |
| b | Multiply line 9a by 25% (.25) | 9b | | | |
| c | Exemption. Subtract line 9b from $40,000 (if you are completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- | | | 9c | 0 |
| 10 | Subtract line 9c from line 8. If zero or less, enter -0- | | | 10 | 26,672,455 ~~63,625,729~~ |
| 11 | Multiply line 10 by 20% (.20) | | | 11 | 5,334,49[illegible] ~~12,725,146~~ |
| 12 | Alternative minimum tax foreign tax credit. See instructions | | | 12 | 734,46[illegible] ~~951,990~~ |
| 13 | Tentative minimum tax. Subtract line 12 from line 11 | | | 13 | 4,600,02[illegible] ~~11,773,156~~ |
| 14 | Regular tax liability before all credits except the foreign tax credit and possessions tax credit | | | 14 | 3,404,93[illegible] ~~22,072,784~~ |
| 15 | Alternative minimum tax. Subtract line 14 from line 13. Enter the result on the appropriate line of the corporation's income tax return (e.g., Form 1120, Schedule J, line 9). If zero or less, enter -0- | | | 15 | 119509[illegible] ~~NONE~~ |

F 12/04/97

25-0742820

QUAKER STATE CORPORATION & SUBSIDIARIES

# Adjusted Current Earnings Worksheet

▶ See ACE Worksheet Instructions.

| | | | |
|---|---|---|---|
| 1 Pre-adjustment AMTI. Enter the amount from line 3 of Form 4626 | | | 1 63,625,729 |
| 2 ACE depreciation adjustment: | | | |
| a AMT depreciation | | 2a 22,938,767 | |
| b ACE depreciation. | | | |
| (1) Post-1993 property | 2b(1) 14,994,980 | | |
| (2) Post-1989, pre-1994 property | 2b(2) 3,609,415 | | |
| (3) Pre-1990 MACRS property | 2b(3) 2,783,032 | | |
| (4) Pre-1990 original ACRS property | 2b(4) 769,386 | | |
| (5) Property described in sections 168(f)(1) through (4) | 2b(5) | | |
| (6) Other property | 2b(6) 96,792 | | |
| (7) Total ACE depreciation. Add lines 2b(1) through 2b(6) | | 2b(7) 22,253,605 | |
| c ACE depreciation adjustment. Subtract line 2b(7) from line 2a | | | 2c 685,162 |
| 3 Inclusion in ACE of items included in earnings and profits (E&P): | | | |
| a Tax-exempt interest income | | 3a | |
| b Death benefits from life insurance contracts | | 3b | |
| c All other distributions from life insurance contracts (including surrenders) | | 3c | |
| d Inside buildup of undistributed income in life insurance contracts | | 3d | |
| e Other items (see Regulations sections 1.56(g)-1(c)(6)(iii) through (ix) for a partial list) | | 3e | |
| f Total increase to ACE from inclusion in ACE of items included in E&P. Add lines 3a through 3e | | | 3f 0 |
| 4 Disallowance of items not deductible in computing E&P: | | | |
| a Certain dividends received | | 4a | |
| b Dividends paid on certain preferred stock of public utilities that are deductible under section 247 | | 4b | |
| c Dividends paid to an ESOP that are deductible under section 404(k) | | 4c | |
| d Nonpatronage dividends that are paid and deductible under section 1382(c) | | 4d | |
| e Other items (see Regulations sections 1.56(g)-1(d)(3)(i) and (ii) for a partial list) | | 4e | |
| f Total increase to ACE because of disallowance of items not deductible from E&P. Add lines 4a through 4e | | | 4f 0 |
| 5 Other adjustments based on rules for figuring E&P: | | | |
| a Intangible drilling costs | | 5a | |
| b Circulation expenditures | | 5b | |
| c Organizational expenditures | | 5c | |
| d LIFO inventory adjustments | | 5d -8,045,965 | |
| e Installment sales | | 5e | |
| f Total other E&P adjustments. Combine lines 5a through 5e | | | 5f -8,045,965 |
| 6 Disallowance of loss on exchange of debt pools | | | 6 |
| 7 Acquisition expenses of life insurance companies for qualified foreign contracts | | | 7 |
| 8 Depletion | | | 8 |
| 9 Basis adjustments in determining gain or loss from sale or exchange of pre-1994 property | | | 9 -1,073,096 |
| 10 Adjusted current earnings. Combine lines 1, 2c, 3f, 4f, and 5f through 9. Enter the result here and on line 4a of Form 4626 | | | 10 55,191,830 |

F 04/21/97

REVISED

m 1118 Foreign [redacted] Cr[redacted]—C[redacted]ora[redacted]s [redacted] REVISED [redacted]

v. July 1994)
nal Revenue Service
artment of the Treasury

▶ Attach to the corporation's tax return.

For calendar year 19 1997 , or other tax year beginning , 19 , and ending , 19

OMB No. 1545-0122

Employer identification number
25-0742820

ker State Corporation and Subsidiaries

Complete this form for credit for taxes paid on the following separate limitation categories of income. See instructions. Use a separate Form 1118 for each category. Check only one box on each form.

- ☐ Passive Income
- ☐ High Withholding Tax Interest
- ☐ Financial Services Income
- ☐ Shipping Income
- ☐ Dividends From a DISC or Former DISC
- ☐ Taxable Income Attributable To Foreign Trade Income
- ☐ Certain Distributions From a FSC or Former FSC
- ☒ General Limitation Income (see instructions)
- ☐ Dividends From Each Noncontrolled Section 902 Corporation (see instructions):

Name of Foreign Corporation ▶ Country of Incorporation ▶

## edule A Separate Limitation Income or (Loss) Before Adjustments

Separate Limitation Gross Income or (Loss) From Sources Outside the United States
(*INCLUDE* Foreign Branch and Section 863(b) Gross Income here *and* on Schedule F—See Instructions)

| 1. Foreign Country or U.S. Possession (Enter two-letter code from page 8 of instructions. Use a separate line for each.) | 2. Deemed Dividends (see instructions) (a) Exclude gross-up | 2. (b) Gross-up (sec. 78) | 3. Other Dividends (a) Exclude gross-up | 3. (b) Gross-up (sec. 78) | 4. Interest | 5. Gross Rents, Royalties, and License Fees | 6. Gross Income From Performance of Services | 7. Other (attach schedule) | 8. Total (add columns 2a through 7) |
|---|---|---|---|---|---|---|---|---|---|
| CA | 470,595 | 387,089 | | | | 1,196,614 | | 914,712 | 2,969,010 |
| JA | | | | | | | | 81,777 | 81,777 |
| MX | | | | | | 2,253,822 | | | 2,253,822 |
| SZ | | | | | | 92,070 | | | 92,070 |
| UK | | | | | 316,746 | | | | 316,746 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| ls (add lines A through H) | 470,595 | 387,089 | | | 316,746 | 3,542,506 | | 996,489 | 5,713,425 |

Separate Limitation Deductions
(*INCLUDE* Foreign Branch and Section 863(b) Deductions here and on Schedule F—See Instructions)

| 9. Definitely Allocable Deductions — Rental, Royalty, and Licensing Expenses (a) Depreciation, Depletion, and Amortization | (b) Other Expenses | (c) Expenses Related to Gross Income From Performance of Services | (d) Other Definitely Allocable Deductions | (e) Total Definitely Allocable Deductions (add columns 9a through 9d) | 10. Apportioned Share of Deductions Not Definitely Allocable (enter amount from applicable line of Schedule H, Part II, column (d)) | 11. Total Deductions (add columns 9e and 10) | 12. Total Separate Limitation Income or (Loss) Before Adjustments (subtract column 11 from column 8) |
|---|---|---|---|---|---|---|---|
| | | G & A | 84,222 | 84,222 | | 84,222 | |
| | | R & D | 26,643 | 26,643 | | 26,643 | |
| | | Interest | 655,446 | 655,446 | | 655,446 | |
| | | State Tax | 187,163 | 187,163 | | 187,163 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | 0 | 953,474 | 953,474 | | 953,474 | 4,759,951 |

r Paperwork Reduction Act Notice, see page 1 of the instructions.

Form 1118 (Rev. 7-94)

Appendix A-122

STF FED3863F.1

Form 1118 (Rev. 7-94)

**Schedule B** Foreign Tax Credit

## Part I—Foreign Taxes Paid, Accrued, and Deemed Paid

| 1. Credit is Claimed for Taxes: [X] Paid [X] Accrued — Date Paid | Date Accrued | 2. Foreign Taxes Paid or Accrued (attach schedule showing amounts in foreign currency and conversion rate(s) used) — Tax Withheld at Source on: (a) Dividends | (b) Interest | (c) Rents, Royalties, and License Fees | Other Foreign Taxes Paid or Accrued on: (d) Section 863(b) Income | (e) Foreign Branch Income | (f) Services Income | (g) Other | (h) Total Foreign Taxes Paid or Accrued (add columns 2a through 2g) | 3. Tax Deemed Paid (from Schedule C, Part I, column 9, and Schedule C, Part II, column 10) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 1997 | | | 121,996 | | | | | 121,996 | 387,089 |
| 1997 | 1997 | | | 225,382 | | | | | 225,382 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Totals (add lines A through H) | | | | 347,378 | | | | | 347,378 | 387,089 |

## Part II—Separate Limitation Foreign Tax Credit

| | | | |
|---|---|---|---|
| 1 | Total foreign taxes paid or accrued (from Part I, column 2h, "Totals" line) | 347,378 | |
| 2 | Total taxes deemed paid (from Part I, column 3, "Totals" line) | 387,089 | |
| 3 | Reductions of taxes paid, accrued, or deemed paid (enter total from Schedule G, Part II) | ( ) | |
| 4 | Carryback or carryover (attach schedule showing computation in detail—see Carryback and Carryover of Excess Foreign Taxes on page 3 of the Instructions) | 777050 | |
| 5 | Total foreign taxes (combine lines 1 through 4) | 1,511,517 | ~~734,467~~ |
| 6 | Foreign Tax Credit Limitation: *Numerator of Limitation Fraction.*—If required to complete Schedule J, enter the result from the applicable column of Schedule J, Part I, line 11. If not required to complete Schedule J, enter the result from the "Totals" line of column 12 of the applicable Schedule A | | 4,759,951 |
| 7a | Total taxable income from all sources (enter taxable income from the corporation's tax return) | 14,047,901 ~~65,163,574~~ | |
| b | Adjustments to line 7a. (See Instructions.) | 0 | |
| c | *Denominator of Limitation Fraction.*—Subtract line 7b from line 7a | 14,047,901 | ~~65,163,574~~ |
| 8 | Divide line 6 by line 7c. (Enter the resulting fraction as a decimal less than 1.00000. If line 6 is greater than line 7c, enter 1.) | 0.338859 | ~~0.07305~~ |
| 9 | Total U.S. income tax against which credit is allowed (regular tax liability (as defined in section 26(b)) minus possessions tax credit determined under section 936) | 4,916,458 → | ~~22,887,251~~ 1,665,983 |
| 10 | Limitation (multiply line 8 by line 9). (See Instructions.) | 1,511,517 | ~~734,467~~ |
| 11 | Foreign tax credit (enter the smaller of line 5 or line 10 here and on the appropriate line of Part III) | | |

## Part III—Summary of Separate Limitation Foreign Tax Credits from Schedule B, Part II of Separate Forms 1118 (Complete Only Once)

| | | | |
|---|---|---|---|
| 1 | Credit for taxes on passive income | | |
| 2 | Credit for taxes on high withholding tax interest | | |
| 3 | Credit for taxes on financial services income | | |
| 4 | Credit for taxes on shipping income | | |
| 5 | Credit for taxes on dividends from each noncontrolled section 902 corporation (combine all such credits on this line) | | |
| 6 | Credit for taxes on dividends from a DISC or former DISC | | |
| 7 | Credit for taxes on taxable income attributable to foreign trade income | | |
| 8 | Credit for taxes on certain distributions from a FSC or former FSC | | |
| 9 | Credit for taxes on General Limitation Income | 1,511,517 ~~734,467~~ | |
| 10 | Total (add lines 1 through 9) | 1,511,517 | ~~734,467~~ |
| 11 | Reduction in credit for international boycott operations (see Instructions) | | 0 |
| 12 | Total foreign tax credit (subtract line 11 from line 10). Enter here and on the corporation's tax return | 1,511,517 | ~~734,467~~ |



STF FED3863F.2

Form 1118 (Rev. 7-94)

**[illegible]** **Taxes Deemed Paid by Domestic Corporation Filing Return**—Report all amounts [illegible]S. d[illegible] unl[illegible]her[illegible]pec[illegible] and

Use this schedule to compute the tax deemed paid by the corporation for actual distributions from a first-tier foreign corporation under section 902(a), and deemed distributions from a first-tier, second-tier, or third-tier foreign corporation under section 960(a).

## Part I—Distributions From Post-1986 Earnings and Profits

| 1. Name of Corporation (Identify DISCs and former DISCs) | 2. Incorporated Under the Laws of (enter country code from instructions) | 3. Undistributed E&P for Tax Years Beginning After 1986 (excluding PTI)—attach schedule. (Report amounts in functional currency.) | 4. Foreign Taxes Paid or Accrued on E&P (and not previously credited) for Tax Years Beginning After 1986 | 5. Taxes Deemed Paid (from Schedule D, Part I, column 9) | 6. Add Columns 4 and 5 | 7. Dividends Paid and Deemed Paid (a) Functional Currency | 7. Dividends Paid and Deemed Paid (b) U.S. Dollars | 8. Divide Column 7a by Column 3 | 9. Tax Deemed Paid (multiply column 8 by column 6) |
|---|---|---|---|---|---|---|---|---|---|
| Nedo Canada | CA | 644,651 | 530,259 | 0 | 530,259 | 644,651 | 470,595 | 0.73 | 387,089 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Total (Add amounts in column 9. Include result here and on "Totals" line of Schedule B, Part I, column 3) ........ ▶ 387,089

## Part II—Distributions From Pre-1987 Earnings and Profits

| 1. Name of Corporation (Identify DISCs and former DISCs) | 2. Tax Year End (Yr-Mo) (see instructions) | 3. Incorporated Under the Laws of (enter country code from instructions) | 4. E&P for Tax Year Indicated (attach schedule) | 5. Foreign Taxes Paid or Accrued on E&P for Tax Year Indicated (see instructions) | 6. Taxes Deemed Paid (from Schedule D, Part II, column 10) | 7. Add Columns 5 and 6 | 8. Dividends Paid and Deemed Paid | 9. Divide Column 8 by Column 4 | 10. Tax Deemed Paid (multiply column 9 by column 7) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Total (Add amounts in column 10. Include result here and on "Totals" line of Schedule B, Part I, column 3) ........ ▶



STF FED3863F.3

Form 1118 (Rev. 7-94)

## Schedule D Tax Deemed Paid by First-Tier Foreign Corporations—Report all amounts in U.S. dollars unless otherwise specified.

Use this schedule to compute the tax deemed paid by a first-tier foreign corporation for dividends from a second-tier foreign corporation under section 902(b)(1).

### Part I—Distributions From Post-1986 Earnings and Profits (Enter the column 9 results in Schedule C, Part I, column 5.)

| 1. Name of Second-Tier Foreign Corporation and its Related First-Tier Foreign Corporation | 2. Incorporated Under the Laws of (enter country code from instructions) | 3. Undistributed E&P for Tax Years Beginning After 1986 (excluding PTI)—attach schedule. (Report amounts in functional currency.) | 4. Foreign Taxes Paid or Accrued on E&P (and not previously credited) for Tax Years Beginning After 1986 (see instructions) | 5. Taxes Deemed Paid (from Schedule E, Part I, Column 7) | 6. Add Columns 4 and 5 | 7. Dividends Paid and Deemed Paid (a) Functional Currency | 7. Dividends Paid and Deemed Paid (b) U.S. Dollars | 8. Divide Column 7a by Column 3 | 9. Tax Deemed Paid (multiply column 6 by column 8) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

### Part II—Distributions From Pre-1987 Earnings and Profits (Enter the column 10 results in Schedule C, Part II, column 6.)

| 1. Name of Second-Tier Foreign Corporation and its Related First-Tier Foreign Corporation | 2. Tax Year End (Yr-Mo) (see instructions) | 3. Incorporated Under the Laws of (enter country code from instructions) | 4. E&P for Tax Year Indicated (attach schedule) | 5. Foreign Taxes Paid or Accrued on E&P for Tax Year Indicated (see instructions) | 6. Taxes Deemed Paid (from Schedule E, Part II, Column 8) | 7. Add Columns 5 and 6 | 8. Dividends Paid and Deemed Paid | 9. Divide Column 8 by Column 4 | 10. Tax Deemed Paid (multiply column 9 by column 7) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## Schedule E Tax Deemed Paid by Second-Tier Foreign Corporations—Report all amounts in U.S. dollars unless otherwise specified.

Use this schedule to compute the tax deemed paid by a second-tier foreign corporation for dividends from a third-tier foreign corporation under section 902(b)(2).

### Part I—Distributions From Post-1986 Earnings and Profits (Enter the column 7 results in Schedule D, Part I, column 5.)

| 1. Name of Third-Tier Foreign Corporation and its Related Second-Tier Foreign Corporation | 2. Incorporated Under the Laws of (enter country code from instructions) | 3. Undistributed E&P for Tax Years Beginning After 1986 (excluding PTI)—attach schedule. (Report amounts in functional currency.) | 4. Foreign Taxes Paid or Accrued on E&P (and not previously credited) for Tax Years Beginning After 1986 (see instructions) | 5. Dividends Paid and Deemed Paid (a) Functional Currency | 5. Dividends Paid and Deemed Paid (b) U.S. Dollars | 6. Divide Column 5a by Column 3 | 7. Tax Deemed Paid (multiply column 6 by column 4) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### Part II—Distributions From Pre-1987 Earnings and Profits (Enter the column 8 results in Schedule D, Part II, column 6.)

| 1. Name of Third-Tier Foreign Corporation and its Related Second-Tier Foreign Corporation | 2. Tax Year End (Yr-Mo) (see instructions) | 3. Incorporated Under the Laws of (enter country code from instructions) | 4. E&P for Tax Year Indicated (attach schedule) | 5. Foreign Taxes Paid or Accrued on E&P for Tax Year Indicated (see instructions) | 6. Dividends Paid and Deemed Paid | 7. Divide Column 6 by Column 4 | 8. Tax Deemed Paid (multiply column 7 by column 5) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



STF FED3663F.4

**Schedule F** Gross Income and Definitely Allocable Deductions From Sources Outside the U.S. Under Section 863(b) and for Foreign Branches

| 1. Name of Foreign Country or U.S. Possession (Use a separate line for each.) | 2. Gross Income | 3. Definitely Allocable Deductions |
|---|---|---|
| **Part I—Section 863(b)** | | |
| CA | 914,712 | |
| JA | 81,777 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals (add lines A through H)* ▶ | 996,489 | |
| **Part II—Foreign Branches** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals (add lines A through H)* ▶ | | |

*The Schedule F totals are not carried over to any other Form 1118 Schedule. (These totals were already included in Schedule A.) However, the IRS requires the corporation to complete Schedule F under the authority of section 905(b).*

**Schedule G** Reductions of Taxes Paid, Accrued, or Deemed Paid (Including Reduction for Taxes Under Section 901(j))

| | 1. Name of Foreign Country (Use a separate line for each.) | 2. Taxable Income or (Loss) | 3. Foreign Income Tax Paid, Accrued, or Deemed Paid |
|---|---|---|---|
| **Part I—Reduction of Taxes Under Section 901(j)** | | | |
| A | | | |
| B | | | |
| C | | | |
| D | | | |
| E | | | |
| F | | | |
| G | | | |
| H | | | |
| Total (add lines A through H). Enter here and on line B, Part II below. | | | |

**Part II—Summary of Reductions of Taxes Paid, Accrued, or Deemed Paid**

| | | |
|---|---|---|
| A | Reduction of Taxes Under Section 901(e)—Attach separate schedule | |
| B | Reduction of Taxes Under Section 901(j)—Enter total from Part I above | |
| C | Reduction of Oil and Gas Extraction Taxes—Enter amount from Schedule I, Part II, line 6 | |
| D | Reduction of Taxes Due to International Boycott Provisions—Enter appropriate portion of Schedule C (Form 5713), line 2b. Important: Enter only "specifically attributable taxes" here. | |
| E | Reduction of Taxes for Section 6038(c) Penalty—Attach separate schedule | |
| F | Other Reductions of Taxes—Attach schedule(s) | |
| | Total (add lines A through F). Enter here and on Schedule B, Part II, line 3 ▶ | |



STF FED3863F.6

[S...ule] ...ppo...men... Ded...ns N...efin... Allo...e (C...ete ...nc...

## Part I—Research and Development Deductions

| | (a) Sales Method: Product line #1 (SIC Code: )* (i) Gross Sales | (a) Sales Method: Product line #1 (SIC Code: )* (ii) R&D Deductions | (a) Sales Method: Product line #2 (SIC Code: )* (iii) Gross Sales | (a) Sales Method: Product line #2 (SIC Code: )* (iv) R&D Deductions | (v) Total R&D Deductions Under Sales Method (add columns (ii) and (iv)) | (b) Gross Income Method—Check method used: ☐ Option 1 ☐ Option 2 (See instructions.) (vi) Gross Income | (vii) Total R&D Deductions Under Gross Income Method | (c) Total R&D Deductions Not Definitely Allocable (enter all amounts from column (a)(v) or all amounts from column (b)(vii)) |
|---|---|---|---|---|---|---|---|---|
| 1 Totals (see instructions) | | | | | | | | |
| 2 Total to be apportioned | | | | | | | | |
| 3 Apportionment among statutory groupings: | | | | | | | | |
| a General limitation income | | | | | | | | |
| b Passive income | | | | | | | | |
| c High withholding tax interest | | | | | | | | |
| d Financial services income | | | | | | | | |
| e Shipping income | | | | | | | | |
| f Dividends from noncontrolled section 902 corporation #1* | | | | | | | | |
| g Dividends from noncontrolled section 902 corporation #2* | | | | | | | | |
| h Taxable income attributable to foreign trade income | | | | | | | | |
| 4 Total foreign (add lines 3a through 3h) | | | | | | | | |

## Part II—Interest Deductions, All Other Deductions, and Total Deductions

| | (a) Average value of assets—Check method used: ☐ Fair market value ☐ Tax book value (i) Nonfinancial Corporations | (a) (ii) Financial Corporations | (b) Interest Deductions (iii) Nonfinancial Corporations | (b) Interest Deductions (iv) Financial Corporations | (c) All Other Deductions Not Definitely Allocable | (d) Totals (add the corresponding amounts from column (c), Part I; columns (b)(iii) and (b)(iv), Part II; and column (c), Part II). Enter each amount from lines 3a through 3j below in column 10 of the corresponding Schedule A. |
|---|---|---|---|---|---|---|
| 1a Totals (see instructions) | | | | | | |
| b Amounts specifically allocable under Temp. Regs. 1.861-10T(e) | | | | | | |
| c Other specific allocations under Temp. Regs. 1.861-10T | | | | | | |
| d Other allocations (see instructions) | | | | | | |
| 2 Total to be apportioned (subtract lines 1b and 1c from line 1a) | | | | | | |
| 3 Apportionment among statutory groupings: | | | | | | |
| a General limitation income | | | | | | |
| b Passive income | | | | | | |
| c High withholding tax interest | | | | | | |
| d Financial services income | | | | | | |
| e Shipping income | | | | | | |
| f Dividends from noncontrolled section 902 corporation #1* | | | | | | |
| g Dividends from noncontrolled section 902 corporation #2* | | | | | | |
| h Taxable income attributable to foreign trade income | | | | | | |
| i Certain distributions from a FSC or former FSC | | | | | | |
| j Dividends from a DISC or former DISC | | | | | | |
| 4 Total foreign (add lines 3a through 3j) | | | | | | |

**Important:** *If the corporation has more than two product lines OR if it received dividends from more than two noncontrolled section 902 corporations, see instructions.*

STF FED3863F.6

REVISED

QUAKER STATE CORPORATION & SUBSIDIARIES
NON-CONVENTIONAL FUEL CREDIT-SECTION 29
1997

| | QSC | GREEN SHIELD | TOTAL |
|---|---|---|---|
| **DEVONIAN SHALE** | | | |
| TOTAL BTU PRODUCED (IN DTH) | 30,779 | 118,048 | 148,827 |
| TAX CREDIT (1.0517 PER DTH) | 32,370 | 124,151 | 156,521 |
| **TIGHT SANDS** | | | |
| TOTAL BTU PRODUCED (IN DTH) | 22,049 | 723,444 | 745,493 |
| TAX CREDIT (.5172 PER DTH) | 11,404 | 374,165 | 385,569 |
| **GRAND TOTAL** | 43,774 | 498,316 | 542,090 |

REVISED

Form **8844**

Department of the Treasury
Internal Revenue Service

# Empowerment Zone Employment Credit

▶ Attach to your return.

OMB No. 1545-1444

**1997**

Attachment Sequence No. 99

Name(s) shown on return: Quaker State Corporation and Subsidiaries

Identifying number: 25-0742820

## Part I Tentative Empowerment Zone Employment (EZE) Credit

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 1 | Enter the total qualified zone wages paid or incurred during calendar year 1997 (see instructions) | | 1 | 916,625 |
| 2 | Current year credit. Multiply line 1 by 20% (.20) (see instructions) | | 2 | 183,325 |
| 3 | EZE credits from flow-through entities — If you are a — a Shareholder; b Partner; c Beneficiary; d Patron | Then enter total of current year EZE credit(s) from — Schedule K-1 (Form 1120S), lines 12d, 12e, or 13; Schedule K-1 (Form 1065), lines 12c, 12d, or 13; Schedule K-1 (Form 1041), line 14; Written statement from cooperative | 3 | |
| 4 | Total current year EZE credit. Add lines 2 and 3 | | 4 | 183,325 |
| 5 | EZE credit included on line 4 from passive activities (see instructions) | | 5 | |
| 6 | Subtract line 5 from line 4 | | 6 | 183,325 |
| 7 | EZE passive activity credit allowed for 1997 (see instructions) | | 7 | |
| 8 | Carryforward of EZE credit to 1997 | | 8 | |
| 9 | Carryback of EZE credit to 1997 (see instructions) | | 9 | |
| 10 | Tentative EZE credit. Add lines 6 through 9. (S corporations, partnerships, estates, trusts, and cooperatives, see instructions.) | | 10 | 183,325 |

## Part II EZE Credit Limit Based on Amount of Tax

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 11 | Regular tax before credits: • Individuals. Enter amount from Form 1040, line 39 • Corporations. Enter amount from Form 1120, Schedule J, line 3 (or Form 1120-A, Part I, line 1) • Other filers. Enter regular tax before credits from your return | | | 11 | 4,916,450 ~~22,807,251~~ |
| 12a | Credit for child and dependent care expenses (Form 2441, line 9) | 12a | | | |
| b | Credit for the elderly or the disabled (Sch. R (Form 1040), line 20) | 12b | | | |
| c | Mortgage interest credit (Form 8396, line 11) | 12c | | | |
| d | Adoption credit (Form 8839, line 10) | 12d | | | |
| e | District of Columbia first-time homebuyer credit (Form 8859) | 12e | | | |
| f | Foreign tax credit (Form 1116, line 32, or Form 1118, Sch. B, line 12) | 12f | 1,511,517 ~~734,467~~ | | |
| g | Possessions tax credit (Form 5735) | 12g | | | |
| h | Credit for fuel from a nonconventional source | 12h | -0- ~~542,090~~ | | |
| i | Qualified electric vehicle credit (Form 8834, line 19) | 12i | | | |
| j | General business credit (see instructions) | 12j | | | |
| k | Add lines 12a through 12j | | | 12k | 1,511,517 ~~1,276,557~~ |
| 13 | Net regular tax. Subtract line 12k from line 11 | | 3,404,933 | 13 | ~~21,530,694~~ |
| 14 | Alternative minimum tax • Individuals. Enter amount from Form 6251, line 28 • Corporations. Enter amount from Form 4626, line 15, reduced by any credit on Form 3800, line 37 • Estates and trusts. Enter amount from Form 1041, Schedule I, line 42 | | | 14 | 1,195,092 ~~-0-~~ |
| 15 | Net income tax. Add lines 13 and 14 | | | 15 | 4,600,025 ~~21,530,694~~ |
| 16 | Tentative minimum tax (see instructions): • Individuals. Enter amount from Form 6251, line 26 • Corporations. Enter amount from Form 4626, line 13 • Estates and trusts. Enter amount from Form 1041, Schedule I, line 38 | 16 | 4,600,025 ~~11,779,156~~ | | |
| 17 | Multiply line 16 by 75% (.75) | 17 | 3,450,019 ~~8,829,867~~ | | |
| 18 | If line 13 is more than $25,000, enter 25% (.25) of the excess (see instructions) | 18 | 844,983 ~~5,376,424~~ | | |
| 19 | Enter the greater of line 17 or line 18 | | | 19 | 3,450,019 ~~8,829,867~~ |
| 20 | Subtract line 19 from line 15. If zero or less, enter -0- | | 1,150,006 | 20 | ~~12,700,827~~ |
| 21 | EZE credit allowed for the current year. Enter the smaller of line 10 or line 20. Complete lines 22 and 23 to determine how the credit is claimed on your tax return | | | 21 | -0- ~~183,325~~ |
| 22 | Credit allowed against regular tax. Enter the smaller of line 13 or line 21 here and on Form 1040, line 44; Form 1120, Schedule J, line 4d; Form 1120-A, Part I, line 2a; Form 1041, Schedule G, line 2c; or the applicable line of your return | | | 22 | -0- ~~183,325~~ |
| 23 | Credit allowed against alternative minimum tax. If line 21 is greater than line 22, enter the excess here and see instructions on how to claim the credit | | | 23 | 0 |

**For Paperwork Reduction Act Notice, see page 4.**

ISA

Form **8844** (1997)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 2-279 T

(Chief Judge Edward J. Damich)

PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

# DECLARATION OF PETER A. LOWY

1. I am counsel of record in the above captioned case, PENNZOIL-QUAKER STATE COMPANY v. UNITED STATES. I have personal knowledge of the matters contained in this affidavit, except to the extent stated. This affidavit attests to events and communications relevant to the 1996-1998 administrative matter that involves an approximate refund claim of $2 million.

2. On August 19, 2002, after an audit of Quaker State's 1996-1998 tax years, the IRS and Quaker State executed Form 5701 and Form 870, indicating that Quaker State was due a refund of $254,401 for taxable year 1996 and $1,907,545 for taxable year 1997 due to computational errors (hereinafter referred to as "$2 million refund").

3. Upon execution of the Forms 5701 and 870, Quaker State was led to believe that the IRS was preparing the taxpayer's case for review by the staff of the Joint Committee on Taxation, and soon thereafter it would receive its refund (declarant learned this from individuals who worked with the IRS on the audit).

4. Over a year later, on May 29, 2003, Quaker State was informed that the Department of Justice had the $2 million refund transferred to its office due to the above captioned case, and that the Department of Justice would not process the refund, even though Quaker State is entitled to the refund regardless of the outcome of the above captioned case. During a telephone conversation around this time, between Ms. Jennifer Spriggs and Quaker State's counsel, Quaker State's counsel had come to believe that the Department of Justice was not processing the $2 million refund claim.

5. On June 27, 2003, in a teleconference with the Court in the above captioned case, Ms. Spriggs explained/clarified that the taxpayer must make a "settlement offer" (even though there was no genuine dispute as to the amount by which the taxpayer overpaid its taxes) and that then the offer would be processed by the Department of Justice, which Ms. Spriggs explained more specifically entails that she would make a recommendation to the Office of Review within 30 days of receipt and then the Office of Review, if it agreed, would submit the matter to the Joint Committee on Taxation. *See Transcript (6/27/03) at pp.16-17.*

6. On July 7, 2003, Quaker State submitted a settlement offer, which Ms. Spriggs said was not in proper form (even though, according to Ms. Spriggs, there is no official form); on July 22, 2003, Quaker State resubmitted the settlement offer in compliance with Ms. Spriggs' specifications. The Department of Justice confirmed in writing that it would process the offer under its procedures. By August 22, 2003 (30 days after submittal of the offer that the Department agreed to process), Ms. Spriggs had not yet made her recommendation, even though she had led Quaker State to believe that Department procedures required her recommendation within 30 days.

7. On or about October 23, 2003, Quaker State asked Ms. Spriggs whether she had made a recommendation yet; Ms. Spriggs informed Quaker State that she had not and that she was waiting to hear from the computation specialist. On November 18, 2003, Quaker State again sought a status report; Ms. Spriggs indicated that she had not yet made a recommendation but that she was meeting with the IRS within a few days on the matter. On December 9, 2003, Quaker State again sought a status report; Ms. Spriggs indicated that she had not yet made a recommendation and that she was still waiting on the IRS. On January 15, 2004, Quaker State again sought a status report; Ms. Spriggs indicated that she had not yet made a recommendation and that she was still waiting on the IRS.

8. On January 28, 2004, Quaker State again sought a status report; Ms. Spriggs said she's still waiting for the computation specialist to get back to her but that at this point she was "not aware of anything materially inconsistent with" the IRS's recomputation on audit back in August, 2002. On February 25, 2004, Quaker

State again sought a status report; Ms. Spriggs said she received the computations from the specialist but has not yet reviewed them, but that she would at her earliest opportunity. On April 12, 2004, Quaker State again sought a status report; Ms. Spriggs said that she had reviewed the recomps for 1996 and 1997 and had a few questions for the recomp specialist, and planned to meet with him and then get back to Quaker State by the next week.

9. On April 26, 2004, Ms. Spriggs informed Quaker State that the Department of Justice agrees with the refund amount and indicated that it would send the matter back to the IRS so that the IRS could submit the refund to the Joint Committee on Taxation (rather than process the refund under Justice Department procedures, and have the Justice Department submit the refund to the Joint Committee on Taxation). Ms. Spriggs stated that sending it back to the IRS for the IRS to then submit to the Joint Committee on Taxation should be "faster."

10. On May 26, 2004, Quaker State again sought a status report; Ms. Spriggs confirmed that the file had been sent to the IRS for submission to the Joint Committee on Taxation. On September 3, 2004, Quaker State again sought a status report; Ms. Spriggs confirmed that the IRS had submitted the case to the Joint Committee on Taxation about a month ago (i.e., on or about August 3, 2004). However, as explained in paragraph 12, Ms. Spriggs may have given Quaker State erroneous information.

11. On January 10, 2005, Defendant had advised the Court, consistent with previously filed joint status reports, that with respect to the $2 million refund "the IRS has submitted its recommendations to the staff of the Joint Committee on Taxation." Note that although this was a joint status report, Defendant was responsible for providing the information contained in the report with respect to the status of the processing of the $2 million refund.

12. On March 10, 2005, despite numerous communications in which Ms. Spriggs discussed with Quaker State the status of the matter pending before the Joint Committee on Taxation, Ms. Spriggs told Quaker State that the matter had never been submitted to the Joint Committee on Taxation but was rather submitted by the IRS exam team to the IRS's internal review department that is called the Joint Committee on Taxation Office of Review.

Dated March 10, 2005

PETER A. LOWY

Form 886-A | **EXPLANATION OF ITEMS** | Schedule No. 5701 Numbers 16, 17 & 18

Name of Taxpayer: Quaker State Corporation | Year/period ended: 1994 and 1995

From 5701's numbers 16, 17 and 18 Mark to Market Claims.

| | | 9412: | 9512: |
|---|---|---|---|
| Quaker State, Corp. | (number 16) | (4,337,614) | (1,730,965) |
| Specialty Oil Co. | (number 17) | (1,815,093) | (380,193) |
| Myatt-Brooks, Inc. | (number 18) | (121,545) | 25,110 |
| | | (6,274,252) | (2,086,048) |

**ISSUE:**

On 10-31-97, you filed form 3115, Application for Change in Accounting Method and Form 1120X, Amended Return for 1994. On or about 12-15-97, you filed Form 1120X, Amended Return for 1995. The change you requested is to elect the Mark to Market provisions of I.R.C. Section 475 for your accounts receivable. The change request is for Quaker State Corp., Specialty Oil Co. and Myatt-Brooks.

**FACTS:**

The Financial Products Specialists has reviewed this issue and has indicated the Taxpayer should be allowed the claimed expenses. The refunds are being allowed as shown.

**LAW AND ARGUMENT:**

See I.R.C. Section 475.

**CONCLUSION:**

Taxable income is decreased by $6,274,252 in 1994 and by $2,086,048 in 1995. These claims are being allowed in full as shown in 5701's numbered 16, 17 and 18.

**TAXPAYER'S POSITION:**

The taxpayer agrees with this adjustment.

E NO-0001 IRS EMPLOYEE 0335101990

TE REQUESTED 12-10-2003 PRINT DATE 12-10-2003

FORM NUMBER: 1120 TAX PERIOD: DEC 1996

TAXPAYER IDENTIFICATION NUMBER: 25-0742820

QUAKER STATE CORPORATION
% TAX DEPT 30TH FL
PO BOX 2967
HOUSTON TX 77252-2967-670 BODC-LM BODCLC-2

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 12-08-2003
ACCRUED PENALTY: 0.00 AS OF 12-08-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

NET RECEIPTS: 1,140,576,506.00
TOTAL INCOME: 394,612,597.00
TOTAL DEDUCTIONS: 356,889,735.00
NET TAXABLE INCOME: 663,000.00
MINIMUM TAX AMOUNT: 0.00
PERSONAL HOLDING TAX: 0.00

ES/7004 PAYMENTS CLAIMED: 17,646,771.00-
TAX PER RETURN: 11,802,400.00
NAICS-CD:002910

09-09-1997 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
10-06-1997 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 18311-249-42909-7 | 10-06-1997 | 11802,400.00 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 06-17-1996 | 500,000.00- |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 09-16-1996 | 2750,000.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-15-1996 | 9296,771.00- |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 12-16-1996 | 3000,000.00- |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 03-14-1997 | 2100,000.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 09-15-1997 | 04-14-1997 | |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-15-1997 | 5844,371.00 |
| 976 | AMENDED RETURN FILED 18310-347-78223-7 | 12-17-1997 | 0.00 |

****************************CONTINUED ON NEXT PAGE****************************

0002 IRS EMPLOYEE 0335101990

| | | | |
|---|---|---|---|
| | ECEIVED POA/TIA | 05-21-1998 | |
| | SSESSMENT STATUTE EXPIR | 03-05-1999 | |
| | ATE EXTEND TO 12-31-2000 | | |
| | RIOR TAX ABATED | 09-27-1999 | 10604,461.00- |
| | 18354-652-91000-9 | | |
| | ADDITIONAL TAX ASSESSED | 09-27-1999 | 0.00 |
| | 18354-652-91000-9 199937 | | |
| 40 | REFUND | 09-09-1999 | 10604,461.00 |
| 00 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 01-03-2000 | 0.00 |
| | 18347-750-10304-9 199951 | | |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 08-14-2000 | 0.00 |
| | 18347-608-79001-0 200031 | | |
| 560 | ASSESSMENT STATUTE EXPIR | 02-26-2001 | |
| | DATE EXTEND TO 09-15-2002 | | |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 05-15-2002 | |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 05-15-2002 | |
| 521 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | 05-15-2002 | |
| 560 | ASSESSMENT STATUTE EXPIR | 07-17-2002 | |
| | DATE EXTEND TO 06-30-2003 | | |
| ✓560 | ASSESSMENT STATUTE EXPIR | 08-23-2002 | |
| | DATE EXTEND TO 12-31-2003 | | |

E NO-0001 IRS EMPLOYEE 0335101990

TE REQUESTED 12-10-2003 PRINT DATE 12-10-2003

FORM NUMBER: 1120 TAX PERIOD: DEC 1997

TAXPAYER IDENTIFICATION NUMBER: 25-0742820

QUAKER STATE CORPORATION
% TAX DEPT 30TH FL
PO BOX 2967
HOUSTON TX 77252-2967-670 BODC-LM BODCLC-2

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 12-08-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 12-08-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| NET RECEIPTS: | 1,154,350,549.00 |
| TOTAL INCOME: | 474,295,143.00 |
| TOTAL DEDUCTIONS: | 409,131,569.00 |
| NET TAXABLE INCOME: | 14,047,001.00 |
| MINIMUM TAX AMOUNT: | 0.00 |
| PERSONAL HOLDING TAX: | 0.00 |

ES/7004 PAYMENTS CLAIMED: 25,894,371.00-
TAX PER RETURN: 21,347,369.00
NAICS-CD:005170

09-11-1998 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
10-19-1998 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 18311-255-40000-8 | 10-19-1998 | 21347,369.00 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 04-15-1997 | 1300,000.00- |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 06-16-1997 | 5000,000.00- |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 09-12-1997 | 1500,000.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-15-1997 | 5844,371.00- |
| 620 | INITIAL INSTALLMENT PAYMENT | 03-13-1998 | 12250,000.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 09-15-1998 | 04-13-1998 | |
| 840 | REFUND | 09-30-1998 | 4547,002.00 |
| 960 | RECEIVED POA/TIA | 08-20-1999 | |
| 295 | PRIOR TAX ABATED 18354-652-91001-9 | 09-27-1999 | 16747,344.00- |

******************************CONTINUED ON NEXT PAGE******************************

NO-0002 IRS EMPLOYEE 0335101990

| | | | |
|---|---|---|---|
| [illegible]0 | ADDITIONAL TAX ASSESSED<br>18354-652-91001-9 199937 | 09-27-1999 | 0.00 |
| 840 | REFUND | 09-09-1999 | 16747,344.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>18347-750-10003-9 199951 | 01-03-2000 | 0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>18347-608-79000-0 200031 | 08-14-2000 | 0.00 |
| 560 | ASSESSMENT STATUTE EXPIR<br>DATE EXTEND TO 09-15-2002 | 02-26-2001 | |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 05-15-2002 | |
| 560 | ASSESSMENT STATUTE EXPIR<br>DATE EXTEND TO 06-30-2003 | 07-17-2002 | |
| *560 | ASSESSMENT STATUTE EXPIR<br>DATE EXTEND TO 12-31-2003 | 08-23-2002 | |

2 NO-0001 IRS EMPLOYEE 0335101990

TE REQUESTED 12-10-2003 PRINT DATE 12-10-2003

FORM NUMBER: 1120 TAX PERIOD: DEC 1998

TAXPAYER IDENTIFICATION NUMBER: 25-0742820

QUAKER STATE CORPORATION
% TAX DEPT 30TH FL
PO BOX 2967
HOUSTON TX 77252-2967-670 BODC-LM BODCLC-2

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 12-08-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 12-08-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| NET RECEIPTS: | 973,488,437.00 |
| TOTAL INCOME: | 376,237,551.00 |
| TOTAL DEDUCTIONS: | 464,413,986.00 |
| NET TAXABLE INCOME: | 88,176,435.00- |
| MINIMUM TAX AMOUNT: | 0.00 |
| PERSONAL HOLDING TAX: | 0.00 |

ES/7004 PAYMENTS CLAIMED: 0.00
TAX PER RETURN: 0.00
NAICS-CD:422700

08-11-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
09-13-1999 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>18311-226-42102-9 | 09-13-1999 | 0.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 09-15-1999 | 04-12-1999 | |
| 290 | ADDITIONAL TAX ASSESSED<br>18354-672-15006-9 199940 | 10-18-1999 | 0.00 |
| 973 | APPLICATION FOR TENTATIVE REFUND | 10-25-1999 | 0.00 |
| 560 | ASSESSMENT STATUTE EXPIR<br>DATE EXTEND TO 08-11-2002 | 03-30-2000 | |
| 960 | RECEIVED POA/TIA | 07-17-2001 | |
| 560 | ASSESSMENT STATUTE EXPIR<br>DATE EXTEND TO 06-30-2003 | 07-17-2002 | |
| #4 560 | ASSESSMENT STATUTE EXPIR<br>12-30-03 | 08-23-2002 | |

****************************CONTINUED ON NEXT PAGE*********************************

ND-0002 IRS EMPLOYEE 0335101990

DATE EXTEND TO 12-31-2003

Department of the Treasury-Internal Revenue Service

# 5701 NOTICE OF PROPOSED ADJUSTMENT

| Name of Taxpayer<br>Pennzoil-Quaker State Company, successor in interest to Quaker State Corporation | | | Issue No.<br>003 |
|---|---|---|---|
| Name and Title of person to whom delivered<br>Ruth E. Salek, Tax Director | | Date | SAIN |
| Entity for this proposed adjustment<br>Consolidated | Company No.<br>01 | Domestic/Foreign<br>Domestic | Adj. Type |

Based on the information we now have available and our discussions with you, we believe the proposed adjustment listed below should be included in the revenue agent's report. However, if you have additional information that would alter or reverse this proposal, please furnish this information as soon as possible.

| YEARS | Amount | Account or ReturnLine |
|---|---|---|
| 9612 | $(1,197,939) | Tax Shown on Return or as Previously Adjusted |
| 9712 | $(4,600,025) | Tax Shown on Return or as Previously Adjusted (Line 10 of Form 4549-A) |

**SEE ATTACHED EXPLANATION OF ADJUSTMENT**

Receipt of NOPA & EOA Acknowledged (Initial & Date): ______

Y N

____ Are there any carryover adjustments to subsequent years that need to be made due to this 5701? If yes, make sure they are listed in the 5701.

____ Are there any correlative/offset adjustments that need to be made due to this 5701? If yes, list their 5701 number(s) ______

____ Is this adjustment the result from a carryover adjustment from a prior cycle? Which cycle ____ which issue no. ___

____ Does this adjustment affect any Foreign Corporation Affiliates' E&P for FTC purposes? If yes, the adjustment(s) is attached. (A copy needs to be given to the Intl. Examiner working the calculation).

_____ Check if none of the above

**TAXPAYER REPRESENTATIVE'S ACTION**

[X]Agree with facts [ ]Disagree with facts, additional information will be submitted by: ________

[X]Agree with issue [ ]Disagree with issue

Ruth E. Salek (signature) 08/19/02

Authorized Representative's Signature Date

RUTH E. SALEK ASSISTANT SECRETARY

| Team Member | Date |
|---|---|
| Specialist Manager | Date |
| Team Coordinator Celestina R. Baugan (signature) | Date 6/27/02 |
| Team Manager Glenn P. Gray (signature) | Date 6/27/02 |

Department of the Treasury – Internal Revenue Service

Pennzoil-Quaker State Company & Subsidiaries
Entity: Consolidated

Issue 003

EXPLANATION OF ADJUSTMENTS

| | 9612 | 9712 |
|---|---|---|
| Total Tax Shown on Return, as originally filed | 11,802,400 | 21,347,369 |
| Refund Received on Filing of Form 1139 | (10,604,461) | (16,747,344) |
| Total Tax as Previously Adjusted | 1,197,939 | 4,600,025 |
| Amount per Line 10 of Form 4549-A | 0 | 0 |
| Difference | 1,197,939 | 4,600,025 |

Issue:

Amounts shown on Line 10 of the Form 4549-A generated by the BNA Program are incorrect. Program does not allow any manual input to override data.

Facts:

The BNA Program makes certain assumptions, one of which is that the tax computation on the Application for Tentative Refund filed by the Taxpayer is correct. But the taxpayer made several errors, as shown below, which resulted in an overpayment of tax and a corresponding understatement of the refund due and which were not corrected by the Service Center when the tentative refunds were paid.

| | | | 9612 | 9712 |
|---|---|---|---|---|
| Refund on Form 1120X (Issue 001), treated on the Form 1139 as already paid | | | 232,050 | |
| Empowerment Zone Employment Credit not claimed | | | 22,426 | 183,325 |
| Nonconventional Fuel Credit not claimed | | | | 429,128 |
| Alternative Minimum Tax : | | | | |
| | Per Audit | Per Form 1139 | | |
| 9612 | 965,964 | 965,889 | (75) | |
| 9712 | 0 | 1,195,092 | | 1,195,092 |
| Regular Income Tax: | | | | |
| 9712 | 4,816,450 | 4,916,450 | | 100,000 |
| Refund Due Taxpayer (Line 14 of Form 4549-A) | | | 254,401 | 1,907,545 |

Conclusion:

Since the BNA Program would not allow an override to Line 10 of Form 4549-A, the difference above is entered as Adjustments to Prepayment Credits. In so doing, Form 4549-A now shows the correct balance due Taxpayer.

FORM 5701

Department of the Treasury-Internal Revenue Service

# NOTICE OF PROPOSED ADJUSTMENT

| Name of Taxpayer | Issue No. |
|---|---|
| Pennzoil-Quaker State Company, successor in interest to Quaker State Corporation | 001 |

| Name and Title of person to whom delivered | Date | SAIN |
|---|---|---|
| Ruth E. Salek, Tax Director | | 526-22 |

| Entity for this proposed adjustment | Company No. | Domestic/Foreign | Adj. Type |
|---|---|---|---|
| Quaker State Corporation | 01 | Domestic | |

Based on the information we now have available and our discussions with you, we believe the proposed adjustment listed below should be included in the revenue agent's report. However, if you have additional information that would alter or reverse this proposal, please furnish this information as soon as possible.

| YEARS | Amount | Account or ReturnLine |
|---|---|---|
| 9612 | $(663,000) | Other Deductions-Miscellaneous |

**SEE ATTACHED EXPLANATION OF ADJUSTMENT**

Receipt of NOPA & EOA Acknowledged (Initial & Date): ____________

Y N

____x_ Are there any carryover adjustments to subsequent years that need to be made due to this 5701? If yes, make sure they are listed in the 5701.

____x_ Are there any correlative/offset adjustments that need to be made due to this 5701? If yes, list their 5701 number(s) ____________

_x___ Is this adjustment the result from a carryover adjustment from a prior cycle? Which cycle 1994 which issue no. 16

____x_ Does this adjustment affect any Foreign Corporation Affiliates' E&P for FTC purposes? If yes, the adjustment(s) is attached. (A copy needs to be given to the Intl. Examiner working the calculation).

_____ Check if none of the above

**TAXPAYER REPRESENTATIVE'S ACTION**

[X]Agree with facts [ ]Disagree with facts, additional information will be submitted by: ________
[X]Agree with issue [ ]Disagree with issue

Ruth E. Salek 05/19/02
Authorized Representative's Signature Date
RUTH E. SALEK ASSISTANT SECRETARY

| Team Member | Date |
|---|---|
| Specialist Manager | Date |
| Team Coordinator Celestina R. Bangai | Date 6/27/02 |
| Team Manager Glen P. Gray | Date 6/27/02 |

Department of the Treasury – Internal Revenue Service

Pennzoil-Quaker State Company
Entity: Quaker State Corporation

Issue 001

EXPLANATION OF ADJUSTMENTS

| | |
|---|---|
| | 9612 |
| Other Deductions – Miscellaneous Increased | (663,000) |

Issue:

May Taxpayer be allowed to take this additional deduction, as a result of their election for Mark to Market treatment under IRC Section 475?

Facts:

On October 31, 1997, Taxpayer filed Form 3115, Application for Change in Accounting Method. The change requested was to elect the Mark to Market provisions of IRC Section 475 for their accounts receivable and it is retroactive to tax years that were still open as of the date of filing. The recognition of additional expenses for the period from 1994 to 1997 is offset by the four-year income spread under IRC Section 481, from 1998 to 2001.

Form 1120X for 1994 was filed with Form 3115. Form 1120X for 1995 was filed on or about December 15, 1997. Both of these claims were allowed in the prior examination cycle, as per revenue agent's audit report. Form 1120X for 1996 was also filed on or about December 15, 1997 but the claim was not processed by the Service Center.

Law and Argument.

IRC Section 475 allows the Mark to Market accounting method for dealers in securities. However, a nonfinancial customer paper arising out of the sale of nonfinancial goods or services by a person the principal activity of which is the selling or providing of nonfinancial goods or services is excluded from the definition of "security" under section 475(c)(4). Thus, trade accounts receivables may not be marked-to-market even if taxpayer is otherwise treated as a dealer with respect to other securities.

Treas. Reg. Section 1.475(c)-1 provides that a taxpayer so excluded may file an election to be subject to the marked-to-market rules under rules prescribed by the Secretary.

Conclusion:

The Form 1120X for 1996 filed by Taxpayer increasing expenses by $663,000 is determined to be allowable and is consistent with the treatment of this issue in the two prior years and in the subsequent year.

Department of the Treasury-Internal Revenue Service

FORM 5701

# NOTICE OF PROPOSED ADJUSTMENT

| Name of Taxpayer | | | Issue No. |
|---|---|---|---|
| Pennzoil-Quaker State Company, successor in interest to Quaker State Corporation | | | 002 |

| Name and Title of person to whom delivered | Date | SAIN |
|---|---|---|
| Ruth E. Salek, Tax Director | | 601 |

| Entity for this proposed adjustment | Company No. | Domestic/Foreign | Adj. Type |
|---|---|---|---|
| Consolidated | 01 | Domestic | |

Based on the information we now have available and our discussions with you, we believe the proposed adjustment listed below should be included in the revenue agent's report. However, if you have additional information that would alter or reverse this proposal, please furnish this information as soon as possible.

| YEARS | Amount | Account or ReturnLine |
|---|---|---|
| 9612 | $(37,059,862) | NOL Carryback from 9812 |
| 9712 | $(51,116,573) | NOL Carryback from 9812 |

**SEE ATTACHED EXPLANATION OF ADJUSTMENT**

Receipt of NOPA & EOA Acknowledged (Initial & Date):

Y N

____ Are there any carryover adjustments to subsequent years that need to be made due to this 5701? If yes, make sure they are listed in the 5701.

____ Are there any correlative/offset adjustments that need to be made due to this 5701? If yes, list their 5701 number(s) ____________

____ Is this adjustment the result from a carryover adjustment from a prior cycle? Which cycle ____ which issue no. ___

____ Does this adjustment affect any Foreign Corporation Affiliates' E&P for FTC purposes? If yes, the adjustment(s) is attached. (A copy needs to be given to the Intl. Examiner working the calculation).

____ Check if none of the above

**TAXPAYER REPRESENTATIVE'S ACTION**

[X]Agree with facts
[X]Agree with issue

[ ]Disagree with facts, additional information will be submitted by: ________
[ ]Disagree with issue

Ruth E. Salek 08/19/02

Authorized Representative's Signature Date

RUTH E. SALEK ASSISTANT SECRETARY

| | |
|---|---|
| Team Member | Date |
| Specialist Manager | Date |
| Team Coordinator Celestina R. Bangar | Date 6/27/02 |
| Team Manager Glen P. Gray | Date 6/27/02 |

Department of the Treasury – Internal Revenue Service

Pennzoil-Quaker State Company & Subsidiaries
Entity: Consolidated Issue 002

## EXPLANATION OF ADJUSTMENTS

| | 9612 | 9712 | 9812 |
|---|---|---|---|
| Taxable Income (Loss), as Adjusted | 37,059,862 | 65,163,574 | (88,176,435) |
| NOL Deduction for 9612 | (37,059,862) | | |
| NOL Deduction for 9712 | | (51,116,573) | |

Issue: Amount that may be taken as a Net Operating Loss Deduction by Taxpayer.

Facts:

On or about August 10, 1999, Taxpayer filed Form 1139 to carryback the net operating loss generated in tax year 1998. As a result, refunds in the amount of $10,604,461 for tax year 1996 and $16,747,344 for tax year 1997 were tentatively made.

Law and Argument:

IRC Section 172(a) states that there shall be allowed a deduction for the taxable year an amount equal to the aggregate of (1) the net operating loss carryovers to such year, plus (2) the net operating loss carrybacks to such year.

Under section 172(b)(1), a net operating loss for any taxable year shall be a net operating loss carryback to each of the two taxable years preceding the taxable year of the loss and a net operating loss carryover to each of the twenty taxable years following the taxable year of the loss.

Conclusion:

We have examined the loss year and the carryback years and a determination in Taxpayer's favor has been reached, as shown above.

FORM 5701

Department of the Treasury-Internal Revenue Service

# NOTICE OF PROPOSED ADJUSTMENT

| Name of Taxpayer<br>Pennzoil-Quaker State Company, successor in interest to Quaker State Corporation | | | Issue No.<br>004 |
|---|---|---|---|
| Name and Title of person to whom delivered<br>Ruth E. Salek, Tax Director | | Date | SAIN<br>607 |
| Entity for this proposed adjustment<br>Quaker State Corporation | Company No.<br>01 | Domestic/Foreign<br>Domestic | Adj. Type |

Based on the information we now have available and our discussions with you, we believe the proposed adjustment listed below should be included in the revenue agent's report. However, if you have additional information that would alter or reverse this proposal, please furnish this information as soon as possible.

| YEARS | Amount | Account or ReturnLine |
|---|---|---|
| 9712 | $(6,319,418) | ACE Adjustment |
| 9812 | (2,305,060) ab (9) | ACE Adjustment |

**SEE ATTACHED EXPLANATION OF ADJUSTMENT**

Receipt of NOPA & EOA Acknowledged (Initial & Date):

Y N

__x_ Are there any carryover adjustments to subsequent years that need to be made due to this 5701? If yes, make sure they are listed in the 5701.

__x_ Are there any correlative/offset adjustments that need to be made due to this 5701? If yes, list their 5701 number(s) ________

_~~x~~ x_ Is this adjustment the result from a carryover adjustment from a prior cycle? Which cycle ~~1994~~ which issue no. ~~15~~

__x_ Does this adjustment affect any Foreign Corporation Affiliates' E&P for FTC purposes? If yes, the adjustment(s) is attached. (A copy needs to be given to the Intl. Examiner working the calculation).

____ Check if none of the above

**TAXPAYER REPRESENTATIVE'S ACTION**

[X] Agree with facts [ ] Disagree with facts, additional information will be submitted by: ______

[X] Agree with issue [ ] Disagree with issue

[signature] (ab 8-19-02) 08/19/02

Authorized Representative's Signature Date

RUTH E. SALEK ASSISTANT SECRETARY

| Team Member | Date |
|---|---|
| Specialist Manager | Date |
| Team Coordinator [signature] ab 8/19/02 | Date 7/24/02 |
| Team Manager [signature] | Date 7/25/02 |

Department of the Treasury – Internal Revenue Service

Pennzoil-Quaker State Company & Subsidiaries
Entity: Consolidated

Issue 004

EXPLANATION OF ADJUSTMENTS

| | 9712 | 9812 |
|---|---|---|
| ACE Adjustment (line 4e of Form 4626) | | |
| Per Return | 0 | 0 |
| Per Audit | (6,319,418) | (2,305,060) |
| Adjustment | (6,319,418) | (2,305,060 |

Issue: Did the Forms 4626, as originally filed, include all the elements necessary to perform a correct Alternative Minimum Tax computation?

Facts:

Forms 4626 for 1996, 1997 and 1998, shows zero amounts on line 4d. Line 4d represents the net cumulative positive adjusted current earnings (ACE) adjustments from prior years and, under a certain scenario, decreases the Alternative Minimum Taxable Income (AMTI). The presence of an amount on line 4d benefits a taxpayer if the preadjustment AMTI is greater than the preadjustment ACE. Seventy five percent of the difference between the two is compared to the amount on line 4d and the smaller amount, called the ACE Adjustment, reduces AMTI.

Taxpayer discovered the input errors and requested that the necessary changes be made. They provided Forms 4626 for 1992 to 1995 showing the following amounts on lines 4e of said forms. The amounts for 1996 and 1997 are as per corrections made by Exam.

| | 1997 | 1998 |
|---|---|---|
| 1992 | $9,267,578 | $9,267,578 |
| 1993 | 731,304 | 731,304 |
| 1994 | 1,359,478 | 1,359,478 |
| 1995 | (1,655,409) | (1,655,409) |
| 1996 | 3,798,163 | 3,798,163 |
| 1997 | | (6,319,418) |
| Total for Line 4d | 13,501,114 | 7,181,696 |

Law and Argument:

Under Treas. Reg. Section 1.56(g)-1(a)(2), the alternative minimum taxable income of any taxpayer is decreased, subject to the limitation, by 75 percent of the excess, if any, of pre-adjustment alternative minimum taxable income over adjusted current earnings. The amount of the negative adjustment for any taxable year is limited to the excess, if

any, of the aggregate increases in alternative minimum taxable income in prior years over the aggregate decreases in alternative minimum taxable income in prior years.

Conclusion:

Because no entry was made to line 4d of Form 4626 for 1997, the ACE Adjustment on line 4e was incorrectly limited to zero instead of a negative $6,319,418. Line 4d of Form 4626 for 1998 also did not have an entry thereby incorrectly limiting the ACE Adjustment to zero instead of a negative $2,305,060. See corrected Forms 4626 attached.

On the BNA Program, correction was made by entering $9,702,951 on the Modification to Cum ACE line, in the Adjusted Current Earnings (ACE) Adjustment Worksheet for 1996.

Form **4626**

Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax—Corporations

▶ See separate instructions.
▶ Attach to the corporation's tax return.

OMB No. 1545-0175

**1997**

Name: QUAKER STATE CORPORATION

Employer identification number: 25 0742820

| | |
|---|---|
| 1 Taxable income or (loss) before net operating loss deduction | 1 65,163,574 |
| 2 **Adjustments and preferences:** | |
| a Depreciation of post-1986 property — 2a | |
| b Amortization of certified pollution control facilities — 2b | |
| c Amortization of mining exploration and development costs — 2c | |
| d Amortization of circulation expenditures (personal holding companies only) — 2d | |
| e Adjusted gain or loss — 2e | |
| f Long-term contracts — 2f | |
| g Installment sales — 2g | |
| h Merchant marine capital construction funds — 2h | |
| i Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) — 2i | |
| j Tax shelter farm activities (personal service corporations only) — 2j | |
| k Passive activities (closely held corporations and personal service corporations only) — 2k | |
| l Loss limitations — 2l | |
| m Depletion — 2m | |
| n Tax-exempt interest from specified private activity bonds — 2n | |
| o Charitable contributions — 2o | |
| p Intangible drilling costs — 2p | |
| q Accelerated depreciation of real property (pre-1987) — 2q | |
| r Accelerated depreciation of leased personal property (pre-1987) (personal holding companies only) — 2r | |
| s Other adjustments — 2s | |
| t Combine lines 2a through 2s | 2t (1,537,845) |
| 3 Preadjustment alternative minimum taxable income (AMTI). Combine lines 1 and 2t | 3 63,625,729 |
| 4 **Adjusted current earnings (ACE) adjustment:** | |
| a Enter the corporation's ACE from line 10 of the worksheet on page 8 of the instructions — 4a 55,199,838 | |
| b Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see examples beginning on page 4 of the instructions) — 4b (8,425,891) | |
| c Multiply line 4b by 75% (.75). Enter the result as a positive amount — 4c 6,319,418 | |
| d Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see page 5 of the instructions). **Note:** *You must enter an amount on line 4d (even if line 4b is positive)* AS FILED - -0- — 4d 13,501,114 | |
| e ACE adjustment: AS FILED - -0- <br>• If you entered a positive number or zero on line 4b, enter the amount from line 4c here as a positive amount. <br>• If you entered a negative number on line 4b, enter the smaller of line 4c or line 4d here as a negative amount. | 4e (6,319,418) |
| 5 Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe alternative minimum tax | 5 57,306,311 |
| 6 Alternative tax net operating loss deduction (see page 5 of the instructions) | 6 39,254,952 |
| 7 **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see page 5 of the instructions | 7 18,051,359 |

**For Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 12955I Form **4626** (1997)

Form **4626**

Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax—Corporations

▶ See separate instructions.
▶ Attach to the corporation's tax return.

OMB No. 1545-0175

**1998**

Name: QUAKER STATE CORPORATION

Employer identification number: 25:0748820

| | | | | |
|---|---|---|---|---|
| **1** | Taxable income or (loss) before net operating loss deduction | | 1 | (88,176,435) |
| **2** | **Adjustments and preferences:** | | | |
| a | Depreciation of post-1986 property | 2a | | |
| b | Amortization of certified pollution control facilities | 2b | | |
| c | Amortization of mining exploration and development costs | 2c | | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | | |
| e | Adjusted gain or loss | 2e | | |
| f | Long-term contracts | 2f | | |
| g | Installment sales | 2g | | |
| h | Merchant marine capital construction funds | 2h | | |
| i | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2i | | |
| j | Tax shelter farm activities (personal service corporations only) | 2j | | |
| k | Passive activities (closely held corporations and personal service corporations only) | 2k | | |
| l | Loss limitations | 2l | | |
| m | Depletion | 2m | | |
| n | Tax-exempt interest from specified private activity bonds | 2n | | |
| o | Intangible drilling costs | 2o | | |
| p | Accelerated depreciation of real property (pre-1987) | 2p | | |
| q | Accelerated depreciation of leased personal property (pre-1987) (personal holding companies only) | 2q | | |
| r | Other adjustments | 2r | | |
| s | Combine lines 2a through 2r | | 2s | 7,758,143 |
| **3** | Preadjustment alternative minimum taxable income (AMTI). Combine lines 1 and 2s | | 3 | (80,418,292) |
| **4** | **Adjusted current earnings (ACE) adjustment:** | | | |
| a | Enter the corporation's ACE from line 10 of the worksheet on page 11 of the instructions | 4a 83,491,705 | | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see examples beginning on page 5 of the instructions) | 4b (3,073,413) | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount | 4c 2,305,060 | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see page 6 of the instructions). **Note:** *You must enter an amount on line 4d (even if line 4b is positive)* . AS FILED = -0- | 4d 7,181,696 | | |
| e | ACE adjustment: AS FILED = -0-<br>• If you entered a positive number or zero on line 4b, enter the amount from line 4c here as a positive amount.<br>• If you entered a negative number on line 4b, enter the smaller of line 4c or line 4d here as a negative amount. | | 4e | (2,305,060) |
| **5** | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe alternative minimum tax | | 5 | (82,723,352) |
| **6** | Alternative tax net operating loss deduction (see page 6 of the instructions) | | 6 | |
| **7** | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see page 6 of the instructions | | 7 | (82,723,352) |

**For Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 12955I Form **4626** (1998)