IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 2-279 T

(Chief Judge Edward J. Damich)

PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

**PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to Rule 56(h)(1) of this Court's rules, Plaintiff (hereinafter, "Quaker State") respectfully submits the following facts that it believes are not in dispute. All references to citations are to the Appendix accompanying Plaintiff's memorandum in support of its motion for summary judgment.

1. The ACE adjustment (line 4e of Form 4626) on Quaker State's Federal income tax return for the 1997 tax year should reflect a negative $6,319,418. *See Krch Affidavit at* A4; *IRS Report at* A14-16; *Sutton Affidavit at* A38-39; *IRS Form 870 and JCT Worksheet at* A48-51; *IRS Forms 5701 at* A147-149.
2. Deductions stated on Quaker State's Federal income tax return for the 1996 tax year should include a $663,000 deduction, due to marking to market certain

accounts receivable under §475. *See IRS Report at* A11; *Sutton Affidavit at* A38-39; *IRS Form 870 and JCT Worksheet at* A48-51; *IRS Forms 5701 at* A143.

3. General business credits stated on Quaker State's Federal income tax return for the 1996 tax year should reflect $22,426 in Empowerment Zone Employment credits. *See IRS Report at* A6-28; *Sutton Affidavit at* A38-39; *IRS Form 870 and JCT Worksheet at* A48-51; *IRS Forms 5701 at* A141.

4. Recomputation of Quaker State's tax liability for 1996 and 1997, taking into account adjustments 1. through 3., above, and after application of the correct tax rates, yields an overpayment in the amounts of $254,401 for 1996 and $1,907,545 for 1997. *See Krch Affidavit at* A4; *IRS Report at* A6-36; *Sutton Affidavit at* A38-47; *IRS Form 870 and JCT Worksheet at* A48-51; *IRS Forms 5701 at* A141.

5. Relevant to Defendant's offset, by the end of tax year 1996, Quaker State had received its final installment on the coal contract with Buckeye Power Company that it sold to Arch Mineral Corporation. *See Sutton Affidavit at* A39.

Respectfully submitted,

s/Peter A. Lowy

PETER A. LOWY
910 Louisiana St.
Ste 4396
Houston, Texas 77002
(713) 241-4755 (telephone)
(713) 241-2162 (facsimile)

Attorney for Plaintiff

Date: August 30, 2005