IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 2-279 T

(Chief Judge Edward J. Damich)

PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of August 2, 2005, the parties propose the following dates and times for the Court to hold a telephonic status conference in the above-captioned matter:

1. September 12, 2005, at 2:00 p.m. (Eastern Standard Time);

2. September 13, 2005, at 2:00 p.m. (Eastern Standard Time); and

3. September 13, 2005, at 3:00 p.m. (Eastern Standard Time).

Respectfully submitted,

_________ ________________________________________

Date

PETER A. LOWY
910 Louisiana St.
Ste 4396
Houston, Texas 77002
(713) 241-4755, (713) 241-2162 (facsimile)

Attorney for Plaintiff

__________ s/Jennifer Dover Spriggs

Date

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

_________ ________________________________________

Date

Of Counsel

Attorneys for Defendant