# In the United States Court of Federal Claims

No. 02-279 T
(Filed: September 7, 2005)

| | |
|---|---|
| ****************************************** | |
| | * |
| **PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, Successor to QUAKER STATE CORPORATION AND SUBSIDIARIES,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | |

**ORDER**

The Court hereby ORDERS that the parties shall appear for a telephonic status conference on September 13, 2005, at 3:00 pm Eastern Time. At the status conference, (1) the parties shall be prepared to discuss whether Defendant's response to Plaintiff's motion for summary judgment, filed August 30, 2005, should be stayed for settlement negotiations, and (2) Defendant shall be prepared to identify and justify the discovery it requests to be able to respond to Plaintiff's motion. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge