# In the United States Court of Federal Claims

No. 02-279 T
(Filed: September 14, 2005)

*****************************************
*
**PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, Successor to QUAKER STATE CORPORATION AND SUBSIDIARIES,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*****************************************

## <u>ORDER</u>

As discussed at the telephonic status conference held September 13, 2005, the Court hereby ORDERS that:

1. Defendant shall have **60 days** to review the IRS's administrative record in the IRS proceedings relating to the current matter; and

2. On or before the end of those 60 days – **November 14, 2005** – Defendant shall file one of the following:

   a. its response to Plaintiff's motion for summary judgment, or

   b. a motion to stay its response to Plaintiff's motion for summary judgment for the purpose of

      (1) allowing the parties time to settle, or

      (2) giving Defendant the chance to take discovery under Rule 56(f) of the Rules of the Court.

If Defendant makes a motion under Part 2.b.(1) of this Order, Defendant shall demonstrate to the Court that the parties have been engaging in settlement discussions and are making progress toward a settlement. If Defendant decides to seek a stay based on Part 2.b.(2), it shall justify its need for discovery, focusing on the five factors set forth on page 12 of Plaintiff's motion for summary judgment. *See Theisen Vending Co. v. United States*, 58 Fed. Cl. 194, 198 (2003). In either case, Defendant shall note the length of stay requested.

If Plaintiff chooses to oppose Defendant's motion to stay its response to Plaintiff's motion for summary judgment, then Plaintiff shall file its response to Defendant's motion to stay within 14 days, according to Rule 7.2(a) of the Rules of the Court. No reply will be permitted. A status conference will be held on **December 5, 2005,** at 3:00 pm Eastern Time. This conference will be held on the record. All parties shall appear by telephone for the status conference. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge