# In the United States Court of Federal Claims

No. 02-279 T
(Filed: December 6, 2005)

| | |
|---|---|
| **PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, Successor to QUAKER STATE CORPORATION AND SUBSIDIARIES,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

On November 14, 2005, Defendant filed a motion to stay proceedings, which Plaintiff opposed on November 28, 2005. As discussed at the telephonic status conference held December 5, 2005, the Court hereby GRANTS Defendant's motion and ORDERS that Defendant's response to Plaintiff's motion for summary judgment is hereby STAYED.

During this stay, Defendant is ORDERED to file periodic status reports:

1. On or before **January 6, 2006**, Defendant's counsel shall file a status report, indicating that she has made her recommendation to her section chief.

2. On or before **February 15**, **2006**, counsel for Defendant shall file a status report that will confirm that her section chief has approved her recommendation and forwarded it to the Department of Justice's office of review.

3. On or before **March 27, 2006**, Defendant shall file a status report, which shall state that the office of review has examined the recommendation and forwarded it to the U.S. Congress Joint Committee on Taxation.

4. On or before **May 8, 2006**, Defendant shall file a status report indicating whether the Committee on Taxation has decided to follow counsel's recommendation.

If Defendant becomes aware of any delays in this process, it is ORDERED to inform Plaintiff and the Court immediately, so that a status conference may be held. In addition, the Court will hold a status conference on **May 16, 2006,** at 3:00 pm Eastern Time. This conference will be held on the record. All parties shall appear by telephone for the status conference. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge