IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 2-279 T

(Chief Judge Edward J. Damich)

PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of December 6, 2005, the United States submits the following report.

On January 6, 2006, defendant's trial attorney completed her recommendation with respect to a possible administrative resolution of the remaining issues in this action. The trial attorney's recommendation was also forwarded to the Section Chief for review on January 6, 2006.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
Of Counsel

January 6 , 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing Defendant's Status Report has, this ____ day of January, 2006, been made on plaintiff's counsel by electronic filing and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Peter A. Lowy, Esquire
910 Louisiana St.
Ste 4396.
Houston, Texas 77002

______________________________

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440