IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 2-279 T

(Chief Judge Edward J. Damich)

PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

# DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of December 6, 2005, the United States submits the following report.

Defendant's trial attorney has been advised that the Joint Committee on Taxation has approved the recommendation submitted by the Department of Justice to resolve the remaining issues in this action administratively. The amount resulting from that resolution must now be factored, along with the adjustment allowed in the Court's decision, into a recomputation of plaintiff's tax liability. Defendant will generate such a recomputation and propose it to plaintiff.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840
(202) 514-9440 (facsimile)

EILEEN J. O’CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
Of Counsel

s/David Gustafson
Of Counsel

May 8, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing Defendant's Status Report has, this 8th day of May, 2006, been made on plaintiff's counsel by electronic filing and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Peter A. Lowy, Esquire
910 Louisiana St.
Ste 4396.
Houston, Texas 77002

s/Jennifer Dover Spriggs
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440