# In the United States Court of Federal Claims

No. 02-279 T
(Filed: May 16, 2006)

| | |
|---|---|
| **PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, Successor to QUAKER STATE CORPORATION AND SUBSIDIARIES,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

Pursuant to the status conference held on May 16, 2006, the Court ORDERS the following:

1. On or before **June 16, 2006**, Defendant shall provide Plaintiff with a recomputation of Plaintiff's tax liability, based on the recommendation approved by the Joint Committee on Taxation.

2. On or before **July 17, 2006**, the Parties shall file a Joint Status Report, recommending that judgment be entered in the agreed amount or, in the event that the Parties have not been able to agree, advising the Court on how to proceed.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge