IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 2-279 T

(Chief Judge Edward J. Damich)

PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of May 16, 2006, the parties submit the following Joint Status Report.

1. On June 16, 2006, defendant's trial attorney forwarded a draft recomputation of plaintiff's tax liability based upon the Court's opinion in this case (*see Pennzoil-Quaker State v. United States*, 62 Fed. Cl. 689 (2004)) and the administrative resolution of the issues raised in plaintiff's First Amended Complaint. Plaintiff's counsel agrees with the tax recomputation provided by defendant.

2. To give effect to the foregoing, the Court should enter judgment in favor of plaintiff in the amount of $111,392 in tax for 1995, $367,022 in tax for 1996, $1,907,545 in tax for 1997, plus interest thereon according to law. (There is no recovery for the 1994 tax year, and the claim

for that year should be dismissed with prejudice.) By so stipulating, defendant does not concur with the Court's opinion nor waive its right to appeal from the judgment so entered.

Plaintiff's counsel has reviewed this Joint Status Report and has authorized counsel for the United States to sign this document electronically on behalf of plaintiff and to file this joint report on behalf of both parties.

Respectfully submitted,

7/17/06
Date

s/Peter A. Lowy

PETER A. LOWY
910 Louisiana St.
Ste 4396
Houston, Texas 77002
(713) 241-4755, (713) 241-2162 (facsimile)

Attorney for Plaintiff

7/17/06
Date

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

7/17/06
Date

s/David Gustafson

Of Counsel

Attorneys for Defendant