# In the United States Court of Federal Claims

No. 02-279 T
(Filed: July 19, 2006)

*******************************************
PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, Successor to QUAKER STATE CORPORATION AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*******************************************

## ORDER

On July 17, 2006, the Parties filed a Joint Status Report. In the report, the Parties request the Court to enter judgment in favor of Plaintiff for tax years 1995, 1996, and 1997, and to dismiss with prejudice the claim for tax year 1994.

The Court hereby ORDERS the Parties to file a Joint Stipulation for Dismissal on or before **July 26, 2006**, setting forth the terms of the judgment. Pursuant to 28 U.S.C. 2414, the stipulation shall be signed by an authorized representative of the Attorney General.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge