IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 2-279 T

(Chief Judge Edward J. Damich)

PENNZOIL-QUAKER STATE COMPANY AND
SUBSIDIARIES, SUCCESSOR TO QUAKER STATE
CORPORATION AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STIPULATION AS TO
AMOUNT OF JUDGMENT

Plaintiff Pennzoil-Quaker State Co. and Defendant United States hereby stipulate as follows:

1. The parties hereby respectfully advise that to give effect to its decision of October 28, 2004, and the parties' resolution of the other issues in this case, the Court should enter judgment in this action against Defendant United States and in favor of Plaintiff Pennzoil-Quaker State Co. in the amount of $111,392 in tax for 1995, $367,022 in tax for 1996, $1,907,545 in tax for 1997, plus interest thereon according to law. (There is no recovery for the 1994 tax year, and the claim for that year should be dismissed with prejudice.) By so stipulating, defendant does not concur with the Court's opinion nor waive its right to appeal from the judgment so entered.

2. Plaintiff's counsel has reviewed this Joint Stipulation As to Amount of Judgment and has authorized counsel for the United States to sign this document electronically on behalf of plaintiff and to file this Joint Stipulation on behalf of both parties.

Respectfully submitted,

7/26/06
Date

s/Peter A. Lowy

PETER A. LOWY
910 Louisiana St.
Ste 4396
Houston, Texas 77002
(713) 241-4755, (713) 241-2162 (facsimile)

Attorney for Plaintiff

7/26/06
Date

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

7/26/06
Date

s/David Gustafson
Of Counsel

Attorneys for Defendant