# In the United States Court of Federal Claims

No. 02-279 T

(Filed: July 27, 2006)

| | |
|---|---|
| ******************************************* | |
| | * |
| **PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, Successor to QUAKER STATE CORPORATION AND SUBSIDIARIES,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| ******************************************* | |

## ORDER

The Court DIRECTS the Clerk of Court to enter judgment pursuant to the Opinion issued October 28, 2004, and the Joint Stipulation as to Amount of Judgment filed July 26, 2006.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge