# In the United States Court of Federal Claims

**No. 02-279 T**

**PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion, filed October 28, 2004, the parties' July 26, 2006 Joint Stipulation as to Amount of Judgment, and the court's Order, filed July 27, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff, Pennzoil-Quaker State Co., recover of and from the United States the amount of $111,392.00 in tax for 1995, $367,022.00 in tax for 1996, $1,907,545.00 in tax for 1997, plus interest thereon according to law. Plaintiff's claim for tax year 1994 is dismissed.

Brian Bishop
Clerk of Court

**July 27, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.