United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

July 31, 2006

Peter Andrew Lowy, Esq.
910 Louisiana St.
Suite 4396
Houston, TX 77002

In re: Pennzoil-Quaker State Co. and Subsidiaries, Successor to Quaker State Corp. and Subsidiaries v. United States, No. 02-279 T

Dear Mr. Lowy:

I forward herewith a certified transcript of the judgment, dated July 27, 2006, in the above-entitled case.

I have forwarded to the Tax Division of the Department of Justice, on this date, a certified copy of the judgment and it is expected that payment of this judgment will be made by the defendant pursuant to Section 2411 of Title 28, United States Code, and 26 CFR 301.6402-2(f)(2).

Very truly yours,

Lisa DeFade Reyes
Chief Deputy Clerk of Operations

Enclosure