ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 25 2006
U.S. COURT OF FEDERAL CLAIMS

No. 2-279 T

(Chief Judge Edward J. Damich)

PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

NOTICE OF APPEAL

Notice is hereby given that the United States, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on the 27th day of July, 2006.

Respectfully submitted,

Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel
David Gustafson
Of Counsel

September 21, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appeal has, this 22nd day of September, been made on plaintiff's counsel by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Peter A. Lowy, Esquire
910 Louisiana St.
Ste 4396.
Houston, Texas 77002

Diana L. Henderson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440