IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 2-279 T

(Chief Judge Edward J. Damich)

PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION TO CORRECT AMOUNT OF JUDGMENT

Plaintiff Pennzoil-Quaker State Co. and Defendant United States hereby move that the Court enter a corrected judgment as follows:

1. The parties hereby move that the Court enter a corrected judgment in this action against Defendant United States and in favor of Plaintiff Pennzoil-Quaker State Co. in the amount of $254,401 in tax for 1996, and $1,907,545 in tax for 1997, plus interest thereon according to law. Plaintiff's claims for tax years 1994-1995 should be dismissed with prejudice.

2. This request for a corrected judgment is made in order to expedite and simplify the procedures required by the Government to satisfy plaintiff's judgment in accordance with the Federal Circuit's January 8, 2008 opinion in this action. *See Pennzoil-Quaker State Co. v.*

*United States*, 511 F.3d 1365, 1367 n.1 (Fed. Cir. 2008).

3. Plaintiff's counsel has reviewed this Joint Motion To Correct Amount of Judgment and has authorized counsel for the United States to sign this document electronically on behalf of plaintiff and to file this joint motion on behalf of both parties.

Respectfully submitted,

6/5/2008 s/Peter A. Lowy

Date

PETER A. LOWY
910 Louisiana St.
Ste 4396
Houston, Texas 77002
(713) 241-4755, (713) 241-2162 (facsimile)

Attorney for Plaintiff

6/5/2008 s/Jennifer Dover Spriggs

Date

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

6/5/2008 s/David Gustafson

Date

Of Counsel

Attorneys for Defendant