# In the United States Court of Federal Claims

No. 02-279 T
(Filed: June 27, 2008)

****************************************

**PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, Successor to QUAKER STATE CORPORATION AND SUBSIDIARIES,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

****************************************

## ORDER

The Court hereby GRANTS the parties' Joint Motion to Correct Amount of Judgment pursuant to the decision of the United States Court of Appeals for the Federal Circuit in *Pennzoil-Quaker State Company v. United States*, 511 F.3d 1365 (Fed. Cir. 2008). As a result, the Court ORDERS the entry of a corrected judgment in this action against Defendant United States and in favor of Plaintiff Pennzoil-Quaker State Company in the amount of $254,401 in tax for fiscal year 1996 and $1,907,545 in tax for fiscal year 1997, plus interest thereon according to law. All other claims by Plaintiff are DISMISSED with prejudice. The Clerk of Court is DIRECTED to amend this Court's judgment of July 27, 2006, accordingly.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge