# In the United States Court of Federal Claims

**No. 02-279 T**

**PENNZOIL-QUAKER STATE COMPANY AND SUBSIDIARIES, SUCCESSOR TO QUAKER STATE CORPORATION AND SUBSIDIARIES,**

**v.**

**THE UNITED STATES**

**AMENDED JUDGMENT**

Pursuant to the Published Opinion, filed October 28, 2004, the parties' July 26, 2006 Joint Stipulation as to Amount of Judgment, and the court's Orders, filed July 27, 2006 and June 27, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the amount of $254,401.00 in tax for fiscal year 1996 and $1,907,545.00 in tax for fiscal year 1997, plus interest thereon according to law. All other claims by plaintiff are dismissed with prejudice.

John S. Buckley
Acting Clerk of Court

**June 30, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.